

Patrick Sorsby <sorsbylaw@gmail.com>

## summary of phone meeting

**Patrick Sorsby** <sorsbylaw@gmail.com>                                          Wed, Dec 16, 2015 at 5:41 PM
To: Kevin Martin <kmartin@martinrayhill.com>

Mr. Martin,

We agreed that the following dates were available for ebts in so far as schedules permitted:

January 21st and 22nd for Mr. Gorman and potentially Ms. Vibert

February 9th, 10th, 18th and 19th. For Thalman, Patricelli and Mahar.

Additionally you indicated that Defendants second discovery response was near completion and should be out to me by 12/18/2015. Moreover you indicated that you would attempt to get an adequate response to Plaintiffs Discovery requests #21, 22, and 23 which are audio records. You also indicated you would contact the DA's office again to get the disposition of the People v Patricelli as originally requested in Plaintiffs disc. request 1.

If you do not respond I will assume you agree with the above.

--
**Patrick Sorsby, Esq.**

**Law Office of Patrick Sorsby PLLC**
**1568 Central Avenue FL 1**
**Albany NY 12205**
518-545-4LAW (tel)
1-866-474-1748 (fax)
e-mail: sorsbylaw@gmail.com
www.sorsbylaw.com

**Federal Tax Disclosure and Confidentiality Notice:**
In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail or by phone at (518) 545-4529 and delete the original message.