

Patrick Sorsby <sorsbylaw@gmail.com>

---

## Discovery

**Patrick Sorsby** <sorsbylaw@gmail.com>  Mon, Dec 28, 2015 at 4:47 PM
To: Kevin Martin <kmartin@martinrayhill.com>

Kevin we have had a conference per the courts instruction and I have followed up in writing. Yet I have received nothing the way of a response to Plaintiffs Second document request nor the missing responses to the first.

Please advise if I need to write the court again.

--

**Patrick Sorsby, Esq.**

**Law Office of Patrick Sorsby PLLC**
**1568 Central Avenue FL 1**
**Albany NY 12205**
**518-545-4LAW (tel)**
**1-866-474-1748 (fax)**
**e-mail: sorsbylaw@gmail.com**
**www.sorsbylaw.com**

**Federal Tax Disclosure and Confidentiality Notice:**
In accordance with IRS requirements, we inform you that any Federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail or by phone at (518) 545-4529 and delete the original message.