UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN GORMAN,

                     Plaintiff,        **AFFIDAVIT**

    v.                                        Civil Action No. 1:14-cv-434
                                                   (LEK/RFT)

**RENSSELAER** COUNTY, SHERIFF JACK
MAHAR, ANTHONY PATRICELLI,
UNDERSHERIFF PATRICK RUSSO,
COUNTY HUMAN RESOURCES MANAGER
TOM HENDRY, COUNTY EXECUTIVE
KATHLEEN JIMINO,

                     Defendants.

Kathleen Jimino, being duly sworn, deposes and says as follows:

1. I am the County Executive for Rensselaer County. I make this affidavit in support of the Defendants' motion for summary judgment.

2. To my knowledge I had never met Mr. Gorman prior to the deposition I attended as a part of the above-captioned action.

3. I have never spoken with Mr. Gorman.

4. I was not involved in the investigations into Mr. Gorman's various complaints, and I took no part in any decisions affecting his employment with Rensselaer County.

5. I received correspondence from Mr. Gorman from time to time, which I immediately delegated to the appropriate department for response. I had no personal involvement in the subject matter of this lawsuit.

Dated: July 27, 2016

1

_Kathleen M. Jimino_
Kathleen Jimino

Sworn to before me this 27 day
of July, 2016

_Carrie Lyons_
Notary Public

CARRIE A. LYONS
Notary Public, State of New York
No. 01LY5067930
Qualified in Rensselaer County
Commission Expires October 2018