```
 1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF NEW YORK
 2      ------------------------------------------------------
        JOHN GORMAN,
 3

 4                             Plaintiff,

 5         – against –          Civil Case No.:  1:14–cv–434

 6
        RENSSELAER COUNTY, SHERIFF JACK MAHAR,
 7      ANTHONY PATRICELLI, UNDERSHERIFF PATRICK
        RUSSO, COUNTY HUMAN RESOURCES MANAGER
 8      TOM HENDRY, COUNTY EXECUTIVE KATHLEEN
        JIMINO,
 9

10                             Defendants.
        ------------------------------------------------------
11

12                 STENOGRAPHIC MINUTES OF EXAMINATION BEFORE

13      TRIAL conducted of Non–Party Witness, CHRISTINE

14      LAFOUNTAIN, held on the 24th day of September, 2015 at

15      the Law Office of Patrick Sorsby, 1568 Central Avenue,

16      Albany, New York, commencing at 10:00 a.m., before Diane

17      Daly–Gage, a Shorthand Reporter and Notary Public in and

18      for the State of New York.

19

20

21

22

23

24
```

```
1    APPEARANCES:

2    ON BEHALF OF PLAINTIFF:

3      LAW OFFICE OF PATRICK SORSBY, PLLC
       1569 Central Avenue
4      Albany, New York 12205
       518.545.4529
5      BY:  PATRICK SORSBY, ESQ.

6

7    ON BEHALF OF DEFENDANTS and WITNESS:

8      MARTIN & RAYHILL, P.C.
       421 Broad Street, Suite 10
9      Utica, New York 13501
       315.507.3765
10     BY:  KEVIN G. MARTIN, ESQ.
            kmartin@martinrayhill.com
11

12   ALSO PRESENT:

13     Jeffery Ranken
       John Gorman
14

15

16

17

18

19

20

21

22

23

24
```

```
 1                S T I P U L A T I O N S

 2

 3        IT IS HEREBY STIPULATED AND AGREED by and amongst

 4    the attorneys for the respective parties hereto, that

 5    filing, sealing and certifications are hereby waived;

 6

 7        IT IS FURTHER STIPULATED AND AGREED that all

 8    objections, except as to the form of the question, shall

 9    be reserved to the time of the trial;

10

11        IT IS FURTHER STIPULATED AND AGREED that the

12    within Deposition may be signed before any Notary Public

13    with the same force and effect as though subscribed and

14    sworn to before this Court.

15

16                        *** *** ***

17

18

19

20

21

22

23

24
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                CHRISTINE LaFOUNTAIN,
 3          (having been first duly sworn by the Notary
 4          Public, was examined and testified as follows:)
 5                MR. SORSBY:  So parties agree to the usual
 6          stipulations.
 7                MR. MARTIN:  The usual stips.
 8                         EXAMINATION
 9  BY MR. SORSBY:
10  Q    Good morning, Ms. LaFountain.  How are you today?
11  A    Fine, thanks.
12  Q    Thank you for coming out this morning.  Have you
13       been to a deposition before?
14  A    No.
15  Q    Okay.  So this is your first time?
16  A    Hm-hum.
17                MR. MARTIN:  You have to verbalize your
18          answer.
19  A    Yes.
20                MR. MARTIN:  Uh-huh or hm-hum is hard
21          to...
22  Q    Mr. Martin beat me to the punch on my typical
23       instructions.  The record can't reflect or they
24       can't indicate on the record gestures.  So you'll
```

1        have to verbalize your answer.

2                So I'm going to ask you a series of

3        questions today regarding the case of Gorman versus

4        Rensselaer County, and as Mr. Martin indicated you

5        have to answer yes or no, verbalize your response.

6        If you do not understand my question, I would ask

7        that you ask me to repeat it so that you understand

8        clearly what you're answering and what question your

9        answers are in regards to.  I would also appreciate

10       if you have a question about my question, you wait

11       until I finish the question.  So make sure I've

12       completed the question before you start to answer

13       the question so you understand completely what I'm

14       asking you.  Other than that we shouldn't have any

15       difficulties today.  And if you need to take a break

16       at any point you can certainly let me know and you

17       can take a break if you have any questions for your

18       attorney.  Generally I would ask that if you have

19       any questions for me or our attorney, you wait until

20       my question is complete and you've answered the

21       question that I've asked.  From time to time your

22       attorney, Mr. Martin, may object to the form of the

23       question, and at that point I will either rephrase

24       the question so that the record adequately reflects

```
 1        the correct form of the question.  Otherwise, your

 2        attorney will not be able to make what they call

 3        speaking objections as to the relevance of the

 4        questions.  So what that means is essentially he can

 5        object to form so it's noted on the record so we can

 6        deal with that potentially later if the form of the

 7        question isn't correct, but you still have to answer

 8        the question.  Okay?

 9   A    Okay.

10   Q    And that's it.  Do you have any questions about my

11        instructions?

12   A    No.

13   Q    Okay.  Now, Ms. LaFountain, did you have an

14        opportunity to discuss with your attorney, and don't

15        give me the substance of any conversations you've

16        had with your attorney, but did you have a chance to

17        talk about the case before today with Mr. Martin?

18   A    Yes.

19   Q    Okay.  Did he give you any instructions as to what

20        not to say today?

21   A    No.

22             MR. MARTIN:  Object.  Don't answer.

23   Q    I'll start with your background, Ms. LaFountain.

24        Who are you currently employed with?
```

```
 1   A    The Rensselaer County Sheriff's Office.

 2   Q    And when did you start your employment there?

 3   A    September 16th, 1995.

 4   Q    And what position did you start?

 5   A    Correctional officer.

 6   Q    What position do you hold now?

 7   A    Correctional officer.

 8   Q    And tell us a little bit about your education.  Do

 9        you have any college degrees?

10   A    No.

11   Q    Can you just tell us briefly what type of special

12        training you might have as part of any

13        certifications, special training you might have in

14        terms of your employment at Rensselaer County

15        Sheriff's Department?

16   A    I have field training officer, CPR, first-aid,

17        bloodborne pathogens.  Just the basic certifications

18        for correctional officer.

19   Q    Are you familiar -- do you know who John Gorman is?

20   A    Yes.

21   Q    And when is the first time that you met Mr. Gorman,

22        if you recall?

23   A    The first day he was hired.  I don't know.

24   Q    Ms. LaFountain, have you ever gone out on medical
```

```
 1        leave?

 2    A   Yes.

 3    Q   Okay.  And how long were you on medical leave?  This

 4        is from Rensselaer County I presume?

 5    A   Hm-hum.  For the birth of my daughter I was out and

 6        again for the birth of my son, and then for

 7        depression, anxiety, stress.

 8    Q   So those are three separate incidents?

 9    A   Yeah.

10    Q   The time you went out on medical leave for anxiety

11        and stress, when did that happen?

12    A   June 13th, 2013.

13    Q   How long were you out on leave?

14    A   I started back at the jail on May 11th, 2015.

15    Q   Was that unpaid leave?

16    A   Yes.

17    Q   Did you apply for -- well, let me ask you this:

18              Your anxiety and the medical condition was

19        that work related?

20    A   Yes.

21    Q   Did you apply for 207-c benefits?

22    A   Yes.

23    Q   And did you get 207-c benefits?

24    A   No.
```

```
 1    Q    Do you recall what the basis for your denial was?
 2    A    I believe the sheriff's department stated they
 3         didn't get any of the medical reports from
 4         my doctors.
 5    Q    Now, did you apply for workman's compensation
 6         benefits?
 7    A    Yes.
 8    Q    And did you get those?
 9    A    No.
10    Q    What was the basis of that denial, if you remember?
11    A    Originally I was approved.  The judge awarded me
12         them.  And then it went through the appeal process
13         twice and I was -- it was suggested to me by the
14         attorneys to take it to the next, appeal it, and I
15         was just tired of the process, so I just said no and
16         I started the process to go back to work.
17    Q    Do you recall why the county said you were not
18         eligible for workers' comp benefits?
19    A    It wasn't work related.
20    Q    But you indicated you believe it was work related;
21         correct?
22    A    According to doctors I was seeing.
23    Q    And I just wonder because I wrote it fast, you said
24         anxiety and what else.  Did you say posttraumatic
```

```
1          stress?
2     A    No.
3     Q    Okay.  What else did you say?
4     A    Tension, stress and depression.
5     Q    Did you meet with a doctor -- did you meet with a
6          doctor for the county?
7     A    Yes.
8     Q    And what was that doctor's name, if you recall?
9     A    McIntyre.
10    Q    Did you ultimately get an evaluation by him?
11    A    Yes.
12    Q    Did you receive a copy of that evaluation?
13    A    Yes.
14    Q    Do you recall what the conclusion was?
15    A    He stated the symptoms were real, but it wasn't work
16         related.
17    Q    And you're indicating your doctor's evaluation
18         contradicted that?
19    A    Yes.
20    Q    Okay.  Can you tell us what in your work environment
21         caused this medical condition?
22    A    It was I was named in a federal lawsuit.
23    Q    You were named as a defendant?
24    A    They were going after my husband and I, along with
```

```
 1        the county, the nursing staff.
 2    Q   The nursing staff at the jail?
 3    A   Yes.
 4    Q   And that caused you stress?
 5    A   Yes.
 6    Q   Okay.  You left in June of 2013.  When did you start
 7        experiencing symptoms?
 8    A   June 3rd.
 9    Q   Of 2013?
10    A   Yes.
11    Q   Were there any -- other than the federal lawsuit
12        were there any other things that caused or
13        contributed to your condition in the work
14        environment?
15    A   Just the regular stresses of the job.  I mean it's a
16        stressful job.
17    Q   Any incidents of stress caused by other coworkers?
18    A   Yes.
19    Q   Can you tell us of any situations that would've
20        contributed to your medical condition other than the
21        typical day-to-day stress involving coworkers?
22    A   No.  I guess I can't understand what you're asking.
23    Q   All right.  I'm trying to determine the substance of
24        what caused your medical condition.  Was it the
```

```
 1        federal lawsuit against you or was it the workplace
 2        environment or was it both?
 3   A    Both.
 4   Q    Okay.  As to the workplace environment can you tell
 5        us what contributed to your medical condition in the
 6        workplace?
 7   A    At the time I was on a unit that I considered the
 8        most stressful unit.  There was -- it was the female
 9        tier and you had minors, adults, med class lock-ins,
10        people that were there for mental health reasons.
11        Where normally on the male units you had a unit for
12        minors, you had a unit for adults, you had a unit
13        for mental health, you had a unit for -- they
14        weren't all together.  Restricted housing.  And
15        being the officer there it was from the time you
16        walked in until the time you left, a very -- just
17        stressful, very busy day.
18   Q    All right.
19   A    I don't know what else.
20   Q    I'm trying to determine the workplace environment
21        other than the prisoners themselves as vis-a-vis
22        coworkers.  That's what I'm trying to determine.  If
23        there was any stress created by the work environment
24        as a result of interactions with fellow coworkers.
```

```
 1   A    I can't remember anything specific.
 2   Q    All right.  You indicated there was an appeal for
 3        your workers' comp case and you decided let that go,
 4        and you wanted to come back to work.  So was there a
 5        time that you came back to work?
 6   A    I came back in May of 2015.  I believe I put my
 7        letter in in January, but it was a process to come
 8        back.
 9   Q    Okay.  Now, that's about, by my count, two years
10        later.  You were out of work for about two years?
11   A    Yes.
12   Q    Did you ever receive any indication from the county
13        that you may be terminated for being out of work --
14   A    Yes.
15   Q    -- on unpaid leave?
16   A    Yes.
17   Q    And how --
18             MR. MARTIN:  You might want to wait for
19          him to finish his question.
20             THE WITNESS:  Sorry.
21             MR. SORSBY:  No, she answered the
22          question.
23   BY MR. SORSBY:
24   Q    And how did you receive that notice?
```

1    A    Certified mail.

2    Q    When did you receive that?

3    A    End of June or beginning of July 2015.

4              MR. MARTIN:   2015?   You were already

5         working by then.

6              THE WITNESS:   '14, I'm sorry.   '14.

7         You're right.

8    BY MR. SORSBY:

9    Q    And who was that notice from?

10   A    Sheriff Mahar.

11   Q    Do you recall what it said?

12   A    Due to Civil Service Law on July 17th, 2014 my

13        position with the sheriff's department would be

14        terminated.

15   Q    Did you consult with the union in regards to that

16        letter?

17   A    Yes.

18   Q    And what did they advise you?

19   A    That that's a Civil Service Law; once you're out

20        unpaid for a year they can terminate your position,

21        that I had up to four years to request my position

22        back under Civil Service Law I believe, and that

23        they had to give it to me.

24   Q    Did you ask for -- at that time did they instruct

```
 1        you to ask for a due process hearing?

 2   A    They mentioned it to me.  Yes.

 3   Q    And did you ask for a due process hearing?

 4   A    No.

 5   Q    Now, did there come a time after you went out on

 6        paid leave that you were brought through the jail

 7        and there was a discussion about working the

 8        midnight shift?

 9              MR. MARTIN:  Object to the form just

10           because you said paid leave.  I believe she was

11           out on unpaid leave.

12   Q    All right.  Well, the time you were out on leave,

13        unpaid leave, did there come a time when you were

14        offered a midnight shift at the jail?

15   A    No.

16   Q    Okay.  Did the county at any time offer to you an

17        accommodation to your position to deal with the

18        anxiety or the situation you were encountering?

19              MR. MARTIN:  Object to the form.  You may

20           answer.

21   A    No.

22   Q    I'm going to rephrase the question.  Did the county

23        ever offer you an accommodation for your injury?

24              MR. MARTIN:  Object to the form.
```

```
 1  A     No.
 2              MR. SORSBY:  What is the objection?  I
 3         just want to make sure the record is clear,
 4         Mr. Martin.  How is the form of the question
 5         wrong so I can...
 6              MR. MARTIN:  It asks for a legal
 7         conclusion.  So the term "accommodation" is a
 8         legal one.  So that's the objection.  She's
 9         here to talk about facts, not law.
10  BY MR. SORSBY:
11  Q     I'll ask you another question.  At any time did the
12         county offer you any change in your position?
13  A     No.
14              MR. SORSBY:  I'm going to go off the
15         record, pause for a moment, and shut the
16         windows.
17         (Whereupon, a discussion was held off the
18         record.)
19  BY MR. SORSBY:
20  Q     Back on the record.  So you didn't ask for a due
21         process hearing.  What was the next step that you
22         took after receiving a letter from the sheriff?
23  A     I turned in my uniforms, badge and ID.
24  Q     So you resigned your position?
```

```
 1   A    I was terminated.
 2   Q    You were terminated.  Okay.  What was the effective
 3        date of your termination?
 4   A    July 17th I believe it was, 2014.
 5   Q    Did you seek assistance of an attorney in regards to
 6        that termination at any time?
 7   A    No.
 8   Q    Okay.  And so you're working for the county now.
 9        When did you come back to work for the county?
10   A    May of 2015.
11   Q    Did you work anywhere else in between?
12   A    Target.
13   Q    The position you're in now was that the position you
14        were in before?
15   A    Yes.
16   Q    Okay.  And how did you come by this position?  Were
17        you canvassed as part of a -- you remain on a civil
18        service list; correct?
19   A    I don't know.
20   Q    You indicated before that the union instructed you
21        that you would be on a list for four years; is that
22        correct?
23             MR. MARTIN:  Object to the form.  I don't
24          think that was the testimony, but you can
```

```
1              answer.
2    A    I don't know if it's a list, per se.
3    Q    How do you understand that you became employed again
4         by the county?
5    A    I put a letter in to the Civil Service Department
6         asking -- telling them that I was ready for my job
7         back.
8    Q    And just to be clear, which Civil Service Department
9         are we talking about?
10   A    In Rensselaer County.
11   Q    And when did that letter go out, if you recall?
12   A    It was January 2015.
13   Q    And did they respond to that letter?
14   A    No, the Civil Service Department did not.
15   Q    Okay.  Did somebody else respond to that letter?
16   A    The sheriff's department sent me a letter telling me
17        I had to go be evaluated by Dr. McIntyre again.
18   Q    And did you do that?
19   A    Yes.
20   Q    And what was the conclusion of that evaluation?
21   A    That I was able to go back to work.
22   Q    Okay.  Do you know who Thomas Hendry is?
23   A    Yes.
24   Q    And how do you know Mr. Hendry?
```

```
 1    A    He's on paperwork at our jail if we have a human
 2         services issue, and I also spoke with him at one
 3         point about the disability.
 4    Q    Your disability?
 5    A    Yes.
 6    Q    Okay.  And what did you talk to him about in regards
 7         to your disability?
 8    A    I asked him for assistance with getting disability
 9         pay once the 207-c was denied.
10    Q    And just to be clear because there's different --
11         what type of disability are you talking about?
12    A    Medical disability.
13    Q    Are you referencing Social Security Disability?
14    A    No.  Disability at our jail, at the sheriff's
15         department.
16    Q    Maybe I misunderstood.  After you were denied the
17         207-c benefits, you talked to him about receiving
18         disability benefits; correct?
19    A    Hm-hum.
20    Q    Is there another form of disability benefits at the
21         sheriff's department other than 207-c?
22    A    Yes.
23    Q    Okay.  And you talked to him about that other
24         disability?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay.  And what did he say to you about that? |
| 3 | A | He told me -- I had been denied it by the sheriff's |
| 4 | | department, and I was asking him for assistance to |
| 5 | | have it be given to me let's say, because I felt |
| 6 | | they were wrong.  And he looked into things and |
| 7 | | specifically told me that the sheriff answered to no |
| 8 | | one.  That whatever he decided was it. |
| 9 | Q | And had the sheriff said no to the non 207-c |
| 10 | | benefits? |
| 11 | A | Yes. |
| 12 | Q | And how did he say no to that? |
| 13 | A | It was Marcelle told me verbally. |
| 14 | Q | And again, who is -- |
| 15 | A | Marcelle is the sheriff's secretary. |
| 16 | Q | Did you send your request for the disability |
| 17 | | benefits in writing to the sheriff? |
| 18 | A | It was put in in July of 2013 when I originally went |
| 19 | | out. |
| 20 | Q | Okay.  So it's an application? |
| 21 | A | Yes. |
| 22 | Q | All right.  And the response from the sheriff's |
| 23 | | department in regards to that application was |
| 24 | | Marcelle telling you verbally that you had been |

```
1        denied?

2   A    No.

3   Q    Okay.  How did they respond to that?

4   A    Originally they told me that I was not entitled to

5        disability because it was a work related medical

6        reason I was out.

7   Q    Okay.  And so where does Marcelle come in?

8   A    When I asked for it again a year or so later she

9        said that I hadn't contributed to the disability in

10       the year that I had not been working, so I was not

11       entitled to the benefits.

12  Q    Okay.  I just want to back up briefly.  After you

13       received the letter from the sheriff indicating you

14       would be terminated because you were out for more

15       than a year pursuant to the Civil Service Law, you

16       indicated that you had had -- after that you had an

17       evaluation by Dr. McIntyre.  Was there -- did

18       you receive a letter from the sheriff's office

19       saying that you would have to go to Dr. McIntyre to

20       be evaluated?

21  A    Yes.

22  Q    And in that letter did it say that you had to prove

23       that you had recovered from your illness first?

24  A    No, I don't believe so.
```

```
 1   Q    Okay.  Other than that letter did anybody from the
 2        county instruct or tell you that you had to prove
 3        that you had overcome your medical disability --
 4   A    No.
 5   Q    -- before you went to the medical evaluation?
 6   A    No.
 7   Q    Did there come a time when Mr. Hendry contacted you
 8        regarding a workplace violence complaint that
 9        Mr. Gorman had filed with the county?
10   A    I do think he called one time.
11   Q    And did he call you while you were working on the
12        jail phone?
13   A    Yes.
14   Q    Okay.  Do you remember the questions he asked you?
15   A    No.
16   Q    Do you remember giving him a statement?
17   A    No.
18   Q    Do you remember him telling you about Mr. Gorman's
19        allegation, some workplace violence?
20   A    He didn't tell me specifically about it.  He said
21        that that was what it was regarding.
22   Q    Now, do you know if -- did you get an indication
23        that Mr. Hendry was taking notes as part of that
24        investigation when he spoke to you?
```

```
1    A    No.
2    Q    Did he ask you to come in as part of that
3         investigation for further discussions?
4    A    No.
5    Q    Did he have more than one conversation with you?
6    A    No.
7    Q    It was just that one phone call?
8    A    He had called earlier and whatever job I had I
9         wasn't available, and then he called again.  I only
10        spoke to him that second time.
11   Q    And just for clarification, that conversation --
12        okay.  All right.
13             Do you recall stating to Mr. Hendry that
14        there was retaliation going on throughout the jail?
15   A    No.
16   Q    Okay.  Do you remember talking to him about
17        retaliation of any kind going on at the jail as part
18        of that phone conversation?
19   A    No.
20   Q    What response did you give Mr. Hendry in regards to
21        his questions about workplace violence complaint?
22   A    I believe I told him that the phone lines were taped
23        and I wasn't going to say anything on them.
24   Q    How did he respond to that?
```

```
 1   A   He told me that if I had anything to tell him, to --
 2       hear's my number, call me when you got out.
 3   Q   And you didn't call him back; is that true?
 4   A   Right.
 5   Q   Okay.  Did he follow-up?
 6   A   No.
 7   Q   Do you know who Anthony Patricelli is?
 8   A   Yes.
 9   Q   And how do you know him?
10   A   Through working at the jail.
11   Q   Have you ever witnessed Mr. Petricelli verbally
12       threaten another coworker?
13   A   No.
14   Q   How about physically threaten?
15   A   No.
16   Q   I want to direct your attention to January 22nd,
17       2013.  Do you recall observing Mr. Petricelli and
18       Mr. Gorman in the west hall?
19   A   I'm not sure on the date exactly, but yes, I was the
20       west hall officer for a time.
21   Q   Do you recall an incident during, this would be the
22       beginning of January 2013, between Mr. Petricelli
23       and Mr. Gorman?
24   A   Yes.
```

```
1    Q    And can you tell us what happened?
2    A    I was sitting at the desk, the west hall desk,
3         Sergeant Petricelli was walking into the booking
4         door or waiting at the booking door like to get
5         buzzed through, for it to open, and John Gorman was
6         coming from another direction.  And as Petricelli
7         went over he said good morning and I said good
8         morning back and John didn't say anything and
9         Petricelli said it again, good morning.  And I'm not
10        sure if John said morning or if he didn't say
11        anything, I don't remember that, but he just kept
12        walking, Mr. Gorman did.  And after he left Sergeant
13        Petricelli came over to me and said did you see how
14        he wouldn't even say good morning to me.  I was just
15        trying to be nice.
16   Q    So Mr. Gorman and Petricelli walked right by each
17        other?
18   A    Yes.
19   Q    Did you see any physical contact?
20   A    No.
21   Q    When Petricelli said to Mr. Gorman "good morning"
22        the second time, did he turn around to tell
23        Mr. Gorman good morning?
24   A    He was already facing us.
```

| | | |
|---|---|---|
| 1 | Q | Who was already facing? |
| 2 | A | Sergeant Petricelli. |
| 3 | Q | Okay.  Now, Mr. Gorman was at the booking desk at |
| 4 | | that time? |
| 5 | A | No.  He was in the hallway. |
| 6 | Q | In the hallway.  Approaching the booking desk? |
| 7 | A | Approaching the west hall desk. |
| 8 | Q | Okay. |
| 9 | A | Sergeant Petricelli was standing, waiting to get |
| 10 | | into booking at the booking door. |
| 11 | Q | All right.  And so they walked by each other |
| 12 | | basically; is that correct? |
| 13 | | MR. MARTIN:  Object to the form.  He was |
| 14 | | standing at the booking door. |
| 15 | | MR. SORSBY:  Who was standing?  Mr... |
| 16 | | MR. MARTIN:  Petricelli. |
| 17 | | MR. SORSBY:  All right.  I understand that |
| 18 | | counselor, but she indicated that they walked |
| 19 | | by each other at some point.  So I'm trying to |
| 20 | | get a little bit more specific as to at what |
| 21 | | point they walked by each other. |
| 22 | | MR. MARTIN:  She testified he was standing |
| 23 | | at the booking door twice now.  Gorman walked, |
| 24 | | Petricelli standing. |

```
 1              MR. SORSBY:  I understand, counsel.  I'm
 2         not going to have you testify.  I want her to
 3         testify.
 4              MR. MARTIN:  Let's be accurate.
 5              MR. SORSBY:  Only she can be accurate.  We
 6         can't testify.  So let's let her do that.
 7    BY MR. SORSBY:
 8    Q    Do you know where Patricelli's office is located at
 9         the jail at that time?
10    A    Yes.
11    Q    And where is that in relation to the main facility
12         at the jail?  Is it located in the same facility, in
13         the main facility?
14    A    It's not located in the secured area of the jail.
15         It's located where the administration was at the
16         time.
17    Q    Okay.  And where is -- where was the administration
18         at this time located in relation to the secured
19         facility?
20    A    I would say it was in the front of it.  It's out
21         there.
22    Q    Okay.  How is it that you know that the phone calls
23         are recorded there?
24              MR. MARTIN:  Object.  She said that she
```

```
 1              knew that they were recorded.
 2                   MR. SORSBY:  Okay.
 3                   MR. MARTIN:  She didn't know they were
 4              recorded there.
 5                   MR. SORSBY:  Well, she can -- she said
 6              they know -- let me...
 7    BY MR. SORSBY:
 8    Q    Do you know if the phone calls were recorded at the
 9         jail facility?
10    A    It was in the papers that they were.
11    Q    Okay.  And that's how you came to know that they
12         were recorded there?
13    A    Yes.
14    Q    Okay.  Can you tell me what, if anything, you know
15         about the jail's policy in regards to reporting
16         claims of disability?
17    A    I believe you have to have your paperwork in with a
18         doctor's note after you're out for seven days.
19    Q    Okay.  And did they have -- does the jail have -- do
20         you know what the policy is in regards to
21         discrimination based upon a disability?
22    A    No.
23    Q    Okay.  Now, the west hall where the incident -- the
24         incident we're talking about with Mr. Patricelli and
```

1       Mr. Gorman, are there video cameras in there?

2  A    I believe there's several throughout the hall.

3  Q    Do you happen to know what the policy is in regards

4       to preservation of those videos?

5  A    No.

6              MR. SORSBY:  Okay.  I'll take a

7          five-minute break, counselor, and then we'll

8          reconvene and perhaps finish with

9          Ms. LaFountain and send her on her way.

10         (Whereupon, there was a short recess in the

11         proceedings.)

12             MR. SORSBY:  You're free to go.

13             THE WITNESS:  Thank you.

14                      - - -

15         (Whereupon, at 10:54 a.m., the examination of

16         CHRISTINE LaFOUNTAIN in the above-entitled

17         matter was concluded.)

18                      - - -

19

20         (There were no exhibits marked for ID)

21

22

23

24

C E R T I F I C A T I O N

1

2

3      I, DIANE DALY-GAGE, a Shorthand Reporter and Notary

4  Public within and for the State of New York, do hereby

5  CERTIFY that prior to being examined, the witness named

6  in the foregoing deposition was duly sworn to testify the

7  truth, the whole truth and nothing but the truth.

8      That said deposition was taken down by me in

9  shorthand at the time and place therein named and

10  thereafter reduced by me to typewritten form and that the

11  same is a  true, correct and complete of said

12  proceedings.

13      Before completion of the deposition, review of the

14  transcript was required.  If requested, any changes made

15  by the deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17      I further certify that I am not interested in the

18  outcome of this matter.

19      Witness my hand this _____ day of _____,

20  2015.

21

22                          _____

23                              DIANE DALY-GAGE

24

```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF NEW YORK  )

 4   COUNTY OF          )

 5

 6        I, Christine LaFountain, hereby certify that I

 7   have read the transcript of my testimony taken under

 8   oath; that the transcript is a true and complete record

 9   of what was asked, answered, and said during the

10   examination in the above matter, and that the answers in

11   this transcript, as given by me, are true and correct,

12   except for the changes and/or corrections indicated on

13   the Errata Sheet attached hereto.

14

15

16                    _____

17                         CHRISTINE LAFOUNTAIN

18

19   Subscribed and sworn to
     before me this_____ day
20   of _____, 2015

21

22   _____

23            Notary Public

24
```

```
 1   ERRATA SHEET FOR THE TRANSCRIPT OF:

 2   Case name:   John Gorman v. Rensselaer County, et al
     Dep. Date:   September 24, 2015
 3   Deponent:    Christine LaFountain
     Place:       Albany, New York
 4

 5   CORRECTIONS

 6   PAGE        LINE        CHANGE FROM:              CHANGE TO:

 7   _____     _____      _____        _____

 8   _____     _____      _____        _____

 9   _____     _____      _____        _____

10   _____     _____      _____        _____

11   _____     _____      _____        _____

12   _____     _____      _____        _____

13   _____     _____      _____        _____

14   _____     _____      _____        _____

15   _____     _____      _____        _____

16   _____     _____      _____        _____

17   _____     _____      _____        _____

18   _____     _____      _____        _____

19   _____     _____      _____        _____

20     Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts state in it are
21   true.

22   _____

23   Date                   Signature

24
```

AMF Reporting Services
(518)982-1341
www.amfreporting.com

```
 1                          INDEX

 2

 3   WITNESS                                      PAGE

 4     CHRISTINE LAFOUNTAIN

 5          BY:  PATRICK SORSBY, ESQ.              4

 6

 7     ERRATA SHEET                               32

 8     EXHIBIT LIST                               --

 9     REPORTER'S CERTIFICATE                     30

10     REQUEST FOR PRODUCTION                     --

11     WITNESS CERTIFICATE OF OATH                31

12

13

14

15

16                        EXHIBITS

17

18   NUMBER              IDENTIFICATION          PAGE

19        There were no exhibits marked for ID

20

21

22

23

24
```

'

**'14** [2]  14/6 14/6

**1**

**10** [1]  2/8
**10:00** [1]  1/16
**10:54** [1]  29/15
**11th** [1]  8/14
**12205** [1]  2/4
**13501** [1]  2/9
**13th** [1]  8/12
**1568** [1]  1/15
**1569** [1]  2/3
**16th** [1]  7/3
**17th** [1]  14/12
**1995** [1]  7/3
**1:14-cv-434** [1]  1/5

**2**

**2013** [6]  8/12 11/6 11/9 20/18 24/17
24/22
**2014** [2]  14/12 17/4
**2015** [10]  1/14 8/14 13/6 14/3 14/4 17/10
18/12 30/20 31/20 32/2
**207-c** [6]  8/21 8/23 19/9 19/17 19/21
20/9
**22nd** [1]  24/16
**24** [1]  32/2
**24th** [1]  1/14

**3**

**30** [1]  33/9
**31** [1]  33/11
**315.507.3765** [1]  2/9
**32** [1]  33/7
**3rd** [1]  11/8

**4**

**421** [1]  2/8
**434** [1]  1/5

**5**

**518.545.4529** [1]  2/4

**A**

**a.m** [2]  1/16 29/15
**able** [2]  6/2 18/21
**about** [22]  5/10 6/10 6/17 7/8 13/9 13/10
15/7 16/9 18/9 19/3 19/6 19/11 19/17
19/23 20/2 22/18 22/20 23/16 23/21
24/14 28/15 28/24
**above** [2]  29/16 31/10
**above-entitled** [1]  29/16
**accommodation** [3]  15/17 15/23 16/7
**According** [1]  9/22
**accurate** [2]  27/4 27/5
**adequately** [1]  5/24
**administration** [2]  27/15 27/17
**adults** [2]  12/9 12/12
**advise** [1]  14/18
**after** [8]  10/24 15/5 16/22 19/16 21/12
21/16 25/12 28/18
**again** [7]  8/6 18/3 18/17 20/14 21/8 23/9
25/9
**against** [2]  1/5 12/1
**agree** [1]  4/5
**AGREED** [3]  3/3 3/7 3/11
**aid** [1]  7/16
**al** [1]  32/2
**Albany** [3]  1/16 2/4 32/3
**all** [10]  3/7 11/23 12/14 12/18 13/2
15/12 20/22 23/12 26/11 26/17
**allegation** [1]  22/19
**allowed** [1]  30/16

**along** [1]  10/24
**already** [1]  25/20
**also** [3]  2/12 5/9 19/2
**am** [1]  30/17
**amongst** [1]  3/3
**and/or** [1]  31/12
**another** [4]  16/11 19/20 24/12 25/6
**answer** [4]  4/18 5/1 5/5 5/12 6/7 6/22
15/20 18/1
**answered** [4]  5/20 13/21 20/7 31/9
**answering** [1]  5/8
**answering and** [1]  5/8
**answers** [2]  5/9 31/10
**ANTHONY** [2]  1/7 24/7
**anxiety** [5]  8/7 8/10 8/18 9/24 15/18
**any** [24]  3/12 5/14 5/16 5/17 5/19 6/10
6/15 6/19 7/9 7/12 9/3 11/11 11/12
11/17 11/19 12/23 13/12 15/16 16/11
16/12 17/6 23/17 25/19 30/14
**anybody** [1]  22/1
**anything** [6]  13/1 23/23 24/1 25/8 25/11
28/14
**anywhere** [1]  17/11
**appeal** [3]  9/12 9/14 13/2
**APPEARANCES** [1]  2/1
**appended** [1]  30/16
**application** [2]  20/20 20/23
**apply** [3]  8/17 8/21 9/5
**appreciate** [1]  5/9
**Approaching** [2]  26/6 26/7
**approved** [1]  9/11
**are** [14]  3/5 4/10 5/9 6/24 7/19 8/8 18/9
19/11 19/13 27/23 29/1 30/16 31/11
32/20
**area** [1]  27/14
**around** [1]  25/22
**as** [18]  3/8 3/13 4/4 5/4 6/3 6/19 7/12
10/23 12/4 12/21 12/24 17/17 22/23
23/2 23/17 25/6 26/20 31/11
**ask** [11]  5/2 5/6 5/7 5/18 8/17 14/24 15/1
15/3 16/11 16/20 23/2
**asked** [5]  5/21 19/8 21/8 22/14 31/9
**asking** [4]  5/14 11/22 18/6 20/4
**asks** [1]  16/6
**assistance** [3]  17/5 19/8 20/4
**attached** [1]  31/13
**attention** [1]  24/16
**attorney** [7]  5/18 5/19 5/22 6/2 6/14 6/16
17/5
**attorneys** [2]  3/4 9/14
**available** [1]  23/9
**Avenue** [2]  1/15 2/3
**awarded** [1]  9/11

**B**

**back** [14]  8/14 9/16 13/4 13/5 13/6 13/8
14/22 16/20 17/9 18/7 18/21 21/12 24/3
25/8
**background** [1]  6/23
**badge** [1]  16/23
**based** [1]  28/21
**basic** [1]  7/17
**basically** [1]  26/12
**basis** [2]  9/1 9/10
**be** [16]  3/9 3/12 6/2 13/13 14/13 17/21
18/8 18/17 19/10 20/5 21/14 21/20
24/21 25/15 27/4 27/5
**beat** [1]  4/22
**became** [1]  16/3
**because** [6]  9/23 15/10 19/10 20/5 21/5
21/14
**been** [5]  4/3 4/13 20/3 20/24 21/10
**before** [12]  1/12 1/16 3/12 3/14 4/13
5/12 6/17 17/14 17/20 22/5 30/13 31/19
**beginning** [1]  14/3 24/22

**BEHALF** [2]  2/2 2/7
**being** [3]  13/22 13/23 26/10
**believe** [10]  9/2 9/20 13/6 14/22 15/10
17/4 17/21 23/22 23/22 28/17 29/2
**benefits** [10]  8/21 8/23 9/6 9/18 19/17
19/18 19/20 20/10 20/17 21/11
**between** [2]  17/11 24/22
**birth** [2]  8/5 8/6
**bit** [2]  7/8 26/20
**bloodborne** [1]  7/17
**booking** [8]  25/3 25/4 26/3 26/6 26/10
26/10 26/14 26/23
**both** [2]  12/2 12/3
**break** [3]  5/15 5/17 29/7
**briefly** [1]  7/11 21/12
**Broad** [1]  2/8
**brought** [1]  15/6
**busy** [1]  12/17
**buzzed** [1]  25/5

**C**

**call** [5]  6/2 22/11 23/7 24/2 24/3
**called** [3]  22/10 23/8 23/9
**calls** [2]  27/22 28/8
**came** [4]  13/5 13/6 25/13 28/11
**cameras** [1]  29/1
**can** [15]  5/16 5/17 6/4 6/5 7/11 10/20
11/19 12/4 14/20 16/5 17/24 25/1 27/5
28/5 28/14
**can't** [5]  4/23 4/24 11/22 13/1 27/6
**canvassed** [1]  17/17
**case** [5]  1/5 5/3 6/17 13/3 32/2
**caused** [5]  10/21 11/4 11/12 11/7
11/24
**Central** [2]  1/15 2/3
**certainly** [1]  5/16
**CERTIFICATE** [3]  31/1 33/9 33/11
**certifications** [3]  3/5 7/13 7/17
**Certified** [1]  14/1
**certify** [3]  30/5 30/17 31/6
**chance** [1]  6/16
**change** [3]  16/12 32/6 32/6
**changes** [2]  30/14 31/12
**CHRISTINE** [7]  1/13 4/2 29/16 31/6
31/17 32/3 33/4
**civil** [9]  1/5 14/12 14/19 14/22 17/17
18/5 18/8 18/14 21/15
**claims** [2]  22/8 23/21
**clarification** [1]  23/11
**class** [1]  12/9
**clear** [3]  16/3 18/8 19/10
**clearly** [1]  5/8
**college** [1]  7/9
**come** [9]  13/4 13/7 15/5 15/13 17/9
17/16 21/7 22/7 23/2
**coming** [2]  4/12 25/6
**commencing** [1]  1/16
**comp** [2]  9/18 13/3
**compensation** [1]  9/5
**complaint** [2]  22/8 23/21
**complete** [3]  5/20 30/11 31/8
**completed** [1]  5/12
**completely** [1]  5/13
**completion** [1]  30/13
**concluded** [1]  29/17
**conclusion** [3]  10/14 16/7 18/20
**condition** [6]  8/18 10/21 11/13 11/20
11/24 12/5
**conducted** [1]  1/13
**considered** [1]  12/7
**consult** [1]  14/15
**contact** [1]  25/19
**contacted** [1]  22/7
**contradicted** [1]  10/18
**contributed** [1]  11/13 11/20 12/5 21/9

**C**

conversation [3]  23/5 23/11 23/18
conversations [1]  6/15
copy [1]  10/12
correct [9]  6/1 6/12 9/21 17/18 17/22
 19/18 26/12 30/11 31/11
correctional [3]  7/5 7/7 7/18
corrections [2]  31/12 32/5
counsel [1]  27/1
counselor [2]  26/18 29/7
count [1]  13/9
county [22]  1/6 1/7 1/8 5/4 7/1 7/14 8/4
 9/17 10/6 11/1 13/12 15/16 15/22 16/12
 17/8 17/9 18/4 18/10 22/2 22/9 31/4
 32/2
COURT [2]  1/1 3/14
coworker [1]  24/12
coworkers [4]  11/17 11/21 12/22 12/24
CPR [1]  7/16
created [1]  12/23
currently [1]  6/24
cv [1]  1/5

**D**

Daly [3]  1/17 30/3 30/23
Daly-Gage [3]  1/17 30/3 30/23
date [4]  1/9 24/19 32/2 32/23
daughter [1]  8/5
day [7]  1/14 7/23 11/21 11/21 12/17
 30/19 31/19
day-to-day [1]  11/21
days [1]  28/18
deal [2]  6/6 15/17
decided [2]  13/3 20/8
declare [1]  32/20
defendant [1]  10/23
Defendants [1]  1/10 2/7
degrees [1]  7/9
denial [2]  9/1 9/10
denied [4]  19/9 19/16 20/3 21/1
Dep [1]  32/2
department [1]  7/15 9/2 14/13 18/5
 18/8 18/14 18/16 19/15 19/21 20/4
 20/23
deponent [2]  30/15 32/3
deposition [5]  3/12 4/13 30/6 30/8 30/13
depression [2]  8/7 10/4
desk [5]  25/2 25/2 26/3 26/6 26/7
determine [3]  11/23 12/10 12/22
Diane [3]  1/16 30/3 30/23
did [61]
didn't [7]  9/3 16/20 22/20 24/3 25/8
 25/10 28/3
different [1]  19/10
difficulties [1]  5/15
direct [1]  24/16
direction [1]  25/6
disability [17]  19/3 19/4 19/7 19/8 19/11
 19/12 19/13 19/14 19/18 19/20 19/24
 20/16 21/5 21/9 22/23 28/16 28/21
discrimination [1]  28/21
discuss [1]  6/14
discussion [2]  15/7 16/17
discussions [1]  23/3
DISTRICT [2]  1/1 1/1
do [30]  5/6 6/10 7/6 7/8 7/19 9/1 9/17
 10/14 14/11 18/3 18/18 18/22 18/24
 22/10 22/14 22/16 22/18 22/22 23/13
 23/16 24/7 24/9 24/17 24/21 27/6 27/8
 28/8 28/19 29/3 30/4
doctor [2]  10/5 10/6
doctor's [3]  10/8 10/17 28/18
doctors [2]  9/4 9/22
document [1]  32/20

does [2]  21/7 28/19
don't [19]  5/23 6/21 7/24 8/22 13/11
 17/23 18/2 21/24 25/11
door [5]  25/4 25/4 26/10 26/14 26/23
down [1]  30/8
Dr [1]  18/17
Dr. [2]  21/17 21/19
Dr. McIntyre [2]  21/17 21/19
due [4]  14/12 15/1 15/3 16/20
duly [2]  4/3 30/6
during [3]  24/21 30/15 31/9

**E**

each [4]  25/16 26/11 26/19 26/21
earlier [1]  23/8
education [1]  7/8
effect [1]  3/13
effective [1]  17/2
eligible [1]  9/18
else [5]  9/24 10/3 12/19 17/11 18/15
employed [2]  6/24 18/3
employment [2]  7/2 7/14
encountering [1]  15/18
End [1]  14/3
entitled [3]  21/4 21/11 29/16
environment [6]  10/20 11/14 12/2 12/4
 12/20 12/23
Errata [3]  31/13 32/1 33/7
ESQ [2]  2/5 2/10 33/5
essentially [1]  6/4
et [1]  32/2
evaluated [2]  18/17 21/20
evaluation [6]  10/10 10/12 10/17 18/20
 21/17 22/5
even [1]  25/14
ever [4]  7/24 13/12 15/23 24/11
exactly [1]  24/19
examination [4]  1/12 4/8 29/15 31/10
examined [2]  4/4 30/5
except [3]  4/8 31/12
EXECUTIVE [1]  1/8
EXHIBIT [1]  33/8
exhibits [3]  29/20 33/16 33/19
experiencing [1]  11/7

**F**

facility [5]  27/11 27/12 27/13 27/19 28/9
facing [2]  25/24 26/1
facts [2]  16/9 32/20
familiar [1]  7/19
fast [1]  9/23
federal [3]  10/22 11/11 12/1
fellow [1]  12/24
felt [1]  20/5
female [1]  12/8
field [1]  7/16
filed [1]  22/9
filing [1]  3/5
Fine [1]  4/11
finish [3]  5/11 13/19 29/8
first [6]  4/3 4/15 7/16 7/21 7/23 21/23
first-aid [1]  7/16
five [1]  29/7
five-minute [1]  29/7
follow [1]  24/5
follow-up [1]  24/5
follows [1]  4/4
force [1]  3/13
foregoing [2]  30/6 32/20
form [11]  3/8 5/22 6/1 6/5 6/6 15/9 15/19
 15/24 16/4 17/23 19/20 26/13 30/10
four [2]  14/21 17/21
free [1]  29/12
front [1]  27/20

further [4]  3/7 3/11 23/3 30/17

**G**

Gage [3]  1/17 30/3 30/23
Generally [1]  5/18
gestures [1]  4/24
get [8]  8/23 9/3 9/8 10/10 22/22 25/4
 26/9 26/20
getting [1]  19/8
give [4]  6/15 6/19 14/23 23/20
given [2]  20/5 31/11
giving [1]  22/16
go [8]  9/16 13/3 16/14 18/11 18/17
 18/21 21/19 29/12
going [8]  5/2 10/24 15/22 16/14 23/14
 23/17 23/23 27/2
gone [1]  7/24
good [7]  4/10 25/7 25/7 25/9 25/14
 25/21 25/23
GORMAN [17]  1/2 2/13 5/3 7/19 7/21
 22/9 24/18 24/23 25/5 25/12 25/16
 25/21 25/23 26/3 26/23 29/1 32/2
Gorman's [1]  22/18
got [1]  24/2
guess [1]  11/22

**H**

had [24]  6/16 12/9 12/11 12/12 12/12
 12/13 14/21 14/23 18/17 20/3 20/9
 20/24 21/10 21/16 21/16 21/16 21/22
 21/23 22/2 22/3 22/9 23/8 23/8 24/1
hadn't [1]  21/9
hall [6]  24/18 24/20 25/2 26/7 28/23
 29/2
hallway [1]  26/5 26/6
hand [1]  30/19
happen [2]  8/11 29/3
happened [1]  25/1
hard [1]  4/20
have [29]  4/12 4/17 5/1 5/5 5/10 5/14
 5/17 5/18 6/7 6/10 6/13 6/16 7/9 7/12
 7/13 7/16 7/24 19/1 20/5 21/19 23/5
 24/11 27/2 28/17 28/17 28/19 28/19
 31/7 32/20
having [1]  4/3
he [32]  6/4 6/19 7/23 10/15 20/2 20/3
 20/6 20/8 20/12 22/10 22/11 22/14
 22/20 22/20 22/24 23/2 23/5 23/8 23/9
 23/24 24/1 24/5 25/7 25/10 25/11 25/12
 25/14 25/22 25/24 26/5 26/16 26/22
He's [1]  19/1
health [2]  12/10 12/13
hear's [1]  24/2
hearing [3]  15/1 15/3 16/21
held [2]  1/14 16/17
HENDRY [7]  1/8 18/22 18/24 22/7 22/23
 23/13 23/20
her [4]  27/2 27/6 29/9 29/9
here [1]  16/9
hereby [4]  3/3 3/5 30/4 31/6
hereto [3]  3/4 30/16 31/13
him [16]  10/10 13/19 19/2 19/6 19/8
 19/17 19/23 20/4 22/16 22/18 23/10
 23/16 23/22 24/1 24/3 24/9
hired [1]  7/23
his [2]  13/19 23/21
hm [4]  4/16 4/20 8/5 19/19
hm-hum [4]  4/16 4/20 8/5 19/19
hold [1]  7/6
housing [1]  12/14
how [17]  4/10 8/3 8/13 13/17 13/24 16/4
 17/16 18/3 18/24 20/12 21/3 23/24 24/9
 24/14 25/13 27/22 28/11
huh [1]  4/20
hum [4]  4/16 4/20 8/5 19/19

## H

human [2]  1/7 19/1
husband [1]  10/24

## I

I'll [3]  6/23 16/11 29/6
I'm [12]  5/2 5/13 11/23 12/20 12/22 14/6
15/22 16/14 24/9 25/9 26/19 27/1
I've [2]  5/11 5/21
ID [3]  16/23 29/20 33/19
IDENTIFICATION [1]  33/18
illness [1]  21/23
incident [3]  24/21 28/23 28/24
incidents [2]  8/8 11/17
INDEX [1]  33/1
indicate [1]  4/24
indicated [7]  5/4 9/20 13/2 17/20 21/16
26/18 31/12
indicating [2]  10/17 21/13
indication [2]  13/12 22/22
injury [1]  15/23
ins [1]  12/9
instruct [2]  14/24 22/2
instructed [1]  17/20
instructions [3]  4/23 6/11 6/19
interactions [1]  12/24
interested [1]  30/17
investigation [2]  22/24 23/3
involving [1]  11/21
is [31]  3/3 3/7 3/11 4/15 4/20 5/20 6/4
7/19 7/21 8/4 16/2 16/3 16/4 16/7 17/21
18/22 19/20 20/14 20/15 24/3 24/7
26/12 27/8 27/11 27/12 27/17 27/22
28/20 29/3 30/11 31/8
isn't [1]  6/7
issue [1]  19/2
it [45]
it's [7]  6/5 11/15 18/2 20/20 27/14 27/15
27/20

## J

JACK [1]  1/6
jail [15]  8/14 11/2 15/6 15/14 19/1 19/14
22/12 23/14 23/17 24/10 27/9 27/12
27/14 28/9 28/19
jail's [1]  28/15
January [4]  13/7 18/12 24/16 24/22
January 2013 [1]  24/22
January 2015 [1]  18/12
January 22nd [1]  24/16
Jeffery [1]  2/13
JIMINO [1]  1/8
job [4]  11/15 11/16 18/6 23/8
JOHN [7]  1/2 2/13 7/19 25/5 25/8 25/10
32/2
judge [1]  9/11
July [4]  14/3 14/12 17/4 20/18
July 17th [1]  14/12
July 17th l [1]  17/4
July 2015 [1]  14/3
June [4]  8/12 11/6 11/8 14/3
June 3rd [1]  11/8
just [16]  7/11 7/17 9/15 9/15 9/23 11/15
12/16 15/9 16/3 18/8 19/10 21/12 23/7
23/11 25/11 25/14

## K

KATHLEEN [1]  1/8
kept [1]  25/11
KEVIN [1]  2/10
kind [1]  23/17
kmartin [1]  2/10
knew [1]  28/1
know [20]  5/16 7/19 7/23 12/19 17/19

18/2 18/22 18/24 22/22 24/7 24/9 27/8
27/18 28/23 29/3 30/4 31/25 30/6 30/7
29/3

## L

LAFOUNTAIN [12]  1/14 4/2 4/10 6/13
6/23 7/24 24/9 29/16 31/6 31/17 32/3
33/4
later [3]  6/6 13/10 21/8
law [7]  1/15 2/3 14/12 14/19 14/22 16/9
21/15
lawsuit [3]  10/22 11/11 12/1
leave [11]  8/1 8/3 8/10 8/18 8/15 13/15
15/6 15/10 15/11 15/12 15/13
left [3]  11/6 12/16 25/12
legal [2]  16/6 16/8
let's [3]  20/5 27/4 27/6
letter [12]  13/7 14/16 16/22 18/5 18/11
18/13 18/15 18/16 21/13 21/18 21/22
22/1
like [1]  25/4
LINE [1]  32/6
lines [1]  23/22
list [4]  17/18 17/21 18/2 33/8
little [2]  7/8 26/20
located [5]  27/8 27/12 27/14 27/15
27/18
lock [1]  12/9
lock-ins [1]  12/9
long [2]  8/3 8/13
looked [1]  20/6

## M

made [1]  30/14
MAHAR [2]  1/6 14/10
mail [1]  14/1
main [2]  27/11 27/13
make [3]  5/11 6/2 16/3
male [2]  12/11
MANAGER [1]  1/7
Marcelle [4]  20/13 20/15 20/24 21/7
marked [2]  29/20 33/19
MARTIN [7]  2/8 2/10 4/22 5/4 5/22 6/17
16/4
martinrayhill.com [1]  2/10
matter [3]  29/17 30/18 31/10
may [7]  3/12 5/22 8/14 13/6 13/13 15/19
17/10
Maybe [1]  19/16
McIntyre [4]  10/9 18/17 21/17 21/19
me [28]  4/22 5/7 5/16 5/19 6/15 8/17
9/11 9/13 14/23 15/2 18/16 18/16 20/3
20/5 20/7 20/13 21/4 22/20 24/1 24/2
25/13 25/14 28/6 28/14 30/8 30/10
31/11 31/19
mean [1]  11/15
means [1]  6/4
med [1]  12/9
medical [13]  7/24 8/3 8/10 8/18 9/3
10/21 11/20 11/24 12/5 19/12 21/5 22/3
22/5
meet [1]  10/5 10/5
mental [2]  12/10 12/13
mentioned [1]  15/2
met [1]  7/21
midnight [2]  15/8 15/14
might [3]  7/12 7/13 13/18
minors [2]  12/9 12/12
minute [1]  29/7
MINUTES [1]  1/12
misunderstood [1]  19/16
moment [1]  16/15
more [3]  21/14 23/5 26/20
morning [4]  4/10 4/12 25/7 25/8 25/9

25/10 25/14 25/21 25/23
Mr [1]  26/15
Mr. [25]  4/22 5/4 5/22 6/17 7/21 16/4
18/24 22/7 22/9 22/18 22/23 23/13
23/20 24/11 24/17 24/18 24/22 24/23
25/12 25/16 25/21 25/23 26/3 28/24
29/1
Mr. Gorman [10]  7/21 22/9 24/18 24/23
25/12 25/16 25/21 25/23 26/3 29/1
Mr. Gorman's [1]  22/18
Mr. Hendry [5]  18/24 22/7 22/23 23/13
23/20
Mr. Martin [5]  4/22 5/4 5/22 6/17 16/4
Mr. Patricelli [1]  28/24
Mr. Petricelli [3]  24/11 24/17 24/22
Ms. [5]  4/10 6/13 6/23 7/24 29/9
Ms. LaFountain [5]  4/10 6/13 6/23 7/24
29/9
my [18]  4/22 5/6 5/10 5/20 6/10 8/5 8/6
9/4 10/24 13/9 14/12 14/21 16/23
18/6 24/2 30/19 31/7
my doctors [1]  9/4
my job [1]  18/6

## N

name [2]  10/8 32/2
named [4]  10/22 10/23 30/5 30/9
need [1]  5/15
NEW [8]  1/1 1/16 1/18 2/4 2/9 30/4 31/3
32/3
next [2]  9/14 16/21
nice [1]  25/15
no [43]
non [2]  1/13 20/9
Non-Party [1]  1/13
normally [1]  12/11
NORTHERN [1]  1/1
not [14]  5/6 6/2 6/20 9/17 16/9 18/14
21/4 21/10 21/10 24/19 25/9 27/2 27/14
30/17
Notary [5]  1/17 3/12 4/3 30/3 31/23
note [1]  28/18
noted [1]  6/5
notes [1]  22/23
nothing [1]  30/7
notice [2]  13/24 14/9
now [11]  6/13 7/6 9/5 13/9 15/5 17/8
17/13 22/22 26/3 26/23 28/23
number [2]  24/2 33/18
nursing [2]  11/1 11/2

## O

oath [3]  31/1 31/8 33/11
object [9]  5/22 6/5 6/22 15/9 15/19
15/24 17/23 26/13 27/24
objection [2]  16/2 16/8
objections [2]  3/8 6/3
observing [1]  24/17
off [2]  16/14 16/17
offer [3]  15/16 15/23 16/12
offered [1]  15/14
office [1]  1/15 2/3 7/1 21/18 27/8
officer [6]  7/5 7/7 7/16 7/18 12/15 24/20
okay [39]
once [2]  14/19 19/9
one [6]  16/8 19/2 20/8 22/10 23/5 23/7
only [2]  23/9 27/5
open [1]  25/5
opportunity [1]  6/14
originally [3]  9/11 20/18 21/4
other [13]  5/14 11/11 11/12 11/17 11/20
12/21 19/21 19/23 22/1 25/17 26/11
26/19 26/21
Otherwise [1]  6/1

37

# O

our [3]  5/19 19/1 19/14
out [18]  4/12 7/24 8/5 8/10 8/13 13/10
13/13 14/19 15/5 15/11 15/12 18/11
20/19 21/6 21/14 24/2 27/20 28/18
outcome [1]  30/18
over [2]  25/7 25/13
overcome [1]  22/3

# P

P-R-O-C-E-E-D-I-N-G-S [1]  4/1
P.C [1]  2/8
PAGE [3]  32/6 33/3 33/18
paid [2]  15/6 15/10
papers [1]  28/10
paperwork [2]  19/1 28/17
part [5]  7/12 17/17 22/23 23/2 23/17
parties [2]  3/4 4/5
Party [1]  1/13
pathogens [1]  7/17
PATRICELLI [3]  1/7 24/7 28/24
Patricelli's [1]  27/8
PATRICK [5]  1/7 1/15 2/3 2/5 33/5
pause [1]  16/15
pay [1]  19/9
penalties [1]  32/20
people [1]  12/10
per [1]  18/2
perhaps [1]  31/8
period [1]  30/16
perjury [1]  32/20
Petricelli [13]  24/11 24/17 24/22 25/3
25/6 25/9 25/13 25/16 25/21 26/2 26/9
26/16 26/24
phone [6]  22/12 23/7 23/18 23/22 27/22
28/8
physical [1]  25/19
physically [1]  24/14
place [2]  30/9 32/3
Plaintiff [2]  1/4 2/2
PLLC [1]  2/3
point [5]  5/16 5/23 19/3 26/19 26/21
policy [3]  28/15 28/20 29/3
position [11]  7/4 7/6 14/13 14/20 14/21
15/17 16/12 16/24 17/13 17/13 17/16
posttraumatic [1]  9/24
potentially [1]  6/6
PRESENT [1]  2/12
preservation [1]  29/4
presume [1]  8/4
prior [1]  30/5
prisoners [1]  12/21
proceedings [2]  29/11 30/12
process [7]  9/12 9/15 9/16 13/7 15/1
15/3 16/21
PRODUCTION [1]  33/10
prove [2]  21/22 22/2
provided [1]  30/15
Public [5]  1/17 3/12 4/4 30/4 31/23
punch [1]  4/22
pursuant [1]  21/15
put [3]  13/6 18/5 20/18

# Q

question [20]  3/8 5/6 5/8 5/10 5/10 5/11
5/12 5/13 5/20 5/21 5/23 6/4 6/5 6/7
6/8 13/19 13/22 15/22 16/4 16/11
questions [15]  5/3 5/17 5/19 6/4 6/10
22/14 23/21

# R

Ranken [1]  2/13
RAYHILL [1]  2/8
read [3]  31/7 32/20

ready [1]  18/6
real [1]  20/4
reason [1]  21/6
reasons [1]  12/10
recall [10]  7/22 9/1 9/17 10/8 10/14
14/11 18/11 23/13 24/17 24/21
receive [5]  10/12 13/12 13/24 14/2
21/18
received [1]  21/13
receiving [2]  16/22 19/17
recess [1]  29/10
reconvene [1]  29/8
record [9]  4/23 4/24 5/24 6/5 16/3 16/15
16/18 16/20 31/8
recorded [5]  27/23 28/1 28/4 28/8 28/12
recovered [1]  21/23
reduced [1]  30/10
referencing [1]  19/13
reflect [1]  4/23
reflects [1]  5/24
regarding [3]  5/3 22/8 22/21
regards [9]  5/9 14/15 17/5 19/6 20/23
23/20 28/15 28/20 29/3
regular [1]  11/15
related [5]  8/19 9/19 9/20 10/16 21/5
relation [2]  27/11 27/18
relevance [1]  6/3
remain [1]  17/17
remember [7]  9/10 13/1 22/14 22/16
22/18 23/16 25/11
RENSSELAER [7]  1/6 5/4 7/1 7/14 8/4
18/10 32/2
repeat [1]  5/7
rephrase [2]  5/23 15/22
reporter [3]  1/17 30/3 30/15
REPORTER'S [1]  33/9
reporting [1]  28/15
reports [1]  9/3
request [3]  14/21 20/16 33/10
requested [1]  30/14
required [1]  30/14
reserved [1]  3/9
resigned [1]  16/24
RESOURCES [1]  1/7
respective [1]  3/4
respond [4]  18/13 18/15 21/3 23/24
response [3]  5/5 20/22 23/20
Restricted [1]  12/14
result [1]  12/24
retaliation [2]  13/14 23/17
review [1]  30/13
right [11]  11/23 12/18 13/2 14/7 15/12
20/22 23/12 24/4 25/16 26/11 26/17
RUSSO [1]  1/7

# S

said [19]  9/15 9/17 9/23 14/11 15/10
20/9 21/9 22/20 25/7 25/7 25/9 25/10
25/13 25/21 27/24 28/5 30/8 30/11 31/9
same [3]  3/13 27/12 30/11
say [12]  6/20 9/24 10/3 20/2 20/5 20/12
21/22 23/23 25/8 25/10 25/14 27/20
saying [1]  21/19
se [1]  18/2
sealing [1]  3/5
second [2]  23/10 25/22
secretary [1]  20/15
secured [2]  27/14 27/18
Security [1]  19/13
see [2]  25/13 25/19
seeing [1]  9/22
seek [1]  17/5
send [2]  20/16 29/9
sent [1]  18/16
separate [1]  8/8

September [3]  1/14 7/3 32/2
September [3]  1/14 7/3 32/2
Sergeant [4]  25/3 25/12 26/2 26/9
series [1]  5/2
service [8]  14/12 14/19 14/22 17/18
18/5 18/8 18/14 21/15
services [1]  19/2
seven [1]  28/18
several [1]  29/2
shall [1]  3/8
she [11]  13/21 15/10 21/8 26/18 26/22
27/5 27/24 27/24 28/3 28/5 28/5
She's [1]  16/8
Sheet [3]  31/13 32/1 33/7
sheriff [7]  1/6 14/10 16/22 20/7 20/9
20/17 21/13
sheriff's [11]  7/1 7/15 9/2 14/13 18/16
19/14 19/21 20/3 20/15 20/22 21/18
shift [2]  15/8 15/14
short [1]  29/10
shorthand [1]  1/17 30/3 30/9
shouldn't [1]  5/14
shut [1]  16/15
Signature [1]  32/23
signed [1]  3/12
sitting [1]  25/2
situation [1]  15/18
situations [1]  11/19
so [29]  4/5 4/15 4/24 5/2 5/7 5/11 5/13
5/24 6/4 6/5 6/5 8/8 9/15 13/4 16/5 16/7
16/8 16/20 16/24 17/8 20/20 21/7 21/8
21/10 21/24 25/16 26/11 26/19 27/6
Social [1]  19/13
some [2]  22/19 26/19
somebody [1]  18/15
son [1]  8/6
sorry [2]  13/20 14/6
Sorsby [4]  1/15 2/3 2/5 33/5
speaking [1]  6/3
special [2]  7/11 7/13
specific [2]  13/1 26/20
specifically [2]  20/7 22/20
spoke [3]  19/2 22/24 23/10
staff [2]  11/1 11/2
standing [5]  26/9 26/14 26/15 26/22
26/24
start [5]  5/12 6/23 7/2 7/4 11/6
started [2]  8/14 9/16
state [4]  1/18 30/4 31/3 32/20
stated [2]  9/2 10/15
statement [1]  22/16
STATES [1]  1/1
stating [1]  23/13
STENOGRAPHIC [1]  1/12
step [1]  16/21
still [1]  6/7
stips [1]  4/7
STIPULATED [3]  3/3 3/7 3/11
stipulations [1]  4/6
Street [1]  2/8
stress [8]  8/7 8/11 10/1 10/4 11/4 11/7
11/21 12/23
stresses [1]  11/15
stressful [3]  11/16 12/8 12/17
subscribed [2]  3/13 31/19
substance [2]  6/15 11/23
suggested [1]  9/13
Suite [1]  2/8
sure [5]  5/11 16/3 24/19 25/10
sworn [4]  3/14 4/3 30/6 31/19
symptoms [2]  10/15 11/7

# T

take [4]  5/15 5/17 9/14 29/6
taken [2]  30/8 31/7

**T**
taking [1] 22/23
talk [3] 6/17 16/9 19/6
talked [2] 19/17 19/23
talking [4] 18/9 19/11 23/16 28/24
taped [1] 23/22
Target [1] 17/12
tell [11] 7/8 7/11 10/20 11/19 12/4 22/2
22/20 24/1 25/1 25/22 28/14
telling [4] 14/6 18/16 20/24 22/18
Tension [1] 10/4
term [1] 16/7
terminate [1] 14/20
terminated [5] 13/13 14/14 17/1 17/2
21/14
termination [2] 17/3 17/6
terms [1] 7/14
testified [2] 4/4 26/22
testify [4] 27/2 27/3 27/6 30/6
testimony [2] 17/24 31/7
than [8] 5/14 11/11 11/20 12/21 19/21
21/15 22/1 23/5
Thank [2] 4/12 29/13
thanks [1] 4/11
that [110]
that's [6] 6/10 12/22 13/9 14/19 16/8
28/11
them [3] 9/12 18/6 23/23
themselves [1] 12/21
then [5] 8/6 9/12 14/5 23/9 29/7
there [25] 7/2 11/11 11/12 12/8 12/10
12/15 12/23 13/2 13/4 15/5 15/7 15/13
19/20 21/17 22/7 23/14 27/21 27/23
28/4 28/12 29/1 29/1 29/10 29/20 33/19
there's [2] 19/10 29/2
thereafter [1] 30/10
therein [1] 30/9
they [23] 4/23 6/2 9/2 10/24 12/13 14/18
14/20 14/23 14/24 15/2 18/13 20/6 21/3
21/4 26/11 26/18 26/21 28/1 28/3 28/6
28/10 28/11 28/19
things [2] 11/12 20/6
think [2] 17/24 22/10
this [13] 3/14 4/12 4/15 8/3 8/17 10/21
17/16 24/21 27/18 30/18 30/19 31/11
31/19
Thomas [1] 18/22
those [3] 8/8 9/8 29/4
though [1] 3/13
threaten [2] 24/12 24/14
three [1] 8/8
through [4] 9/12 15/6 24/10 25/5
throughout [2] 23/14 29/2
tier [1] 12/9
time [27] 3/9 4/15 5/21 5/21 7/21 8/10
12/7 12/15 12/16 13/5 14/24 15/5 15/12
15/13 15/16 16/11 17/6 22/7 22/10
23/10 24/20 25/22 26/4 27/9 27/16
27/18 30/9
tired [1] 9/15
today [5] 4/10 5/3 5/15 6/17 6/20
together [1] 12/14
told [6] 20/3 20/7 20/13 21/4 23/22 24/1
TOM [1] 1/8
took [1] 16/22
training [3] 7/12 7/13 7/16
transcript [5] 30/14 31/7 31/8 31/11
32/1
trial [2] 1/13 3/9
true [5] 24/3 30/11 31/8 31/11 32/21
truth [3] 30/7 30/7 30/7
trying [5] 11/23 12/20 12/22 25/15 26/19
turn [1] 25/22
turned [1] 16/23

twice [2] 9/13 26/23
two [2] memento 107-4
type [2] 7/11 19/11
typewritten [1] 30/10
typical [4] 4/22 11/21

**U**
Uh [1] 4/20
Uh-huh [1] 4/20
ultimately [1] 10/10
under [3] 14/22 31/7 32/20
UNDERSHERIFF [1] 1/7
understand [7] 5/6 5/7 5/13 11/22 18/3
26/17 27/1
uniforms [1] 16/23
union [2] 14/15 17/20
unit [6] 12/7 12/8 12/11 12/12 12/12
12/13
UNITED [1] 1/1
units [1] 12/11
unpaid [6] 8/15 13/15 14/20 15/11 15/13
until [3] 5/11 5/19 12/16
up [3] 14/21 21/12 24/5
upon [1] 28/21
us [7] 7/8 7/11 10/20 11/19 12/5 25/1
25/24
usual [2] 4/5 4/7
Utica [1] 2/9

**V**
verbalize [3] 4/17 5/1 5/5
verbally [3] 20/13 20/24 24/11
versus [1] 5/3
very [2] 12/16 12/17
video [1] 29/1
videos [1] 29/4
violence [2] 22/8 22/19 23/21
vis [2] 12/21 12/21
vis-a-vis [1] 12/21

**W**
wait [3] 5/10 5/19 13/18
waiting [2] 25/4 26/9
waived [1] 3/5
walked [6] 12/16 25/16 26/11 26/18
26/21 26/23
walking [2] 25/3 25/12
want [5] 13/18 16/3 21/12 24/16 27/2
wanted [1] 13/4
was [81]
wasn't [4] 9/19 10/15 23/9 23/23
way [1] 29/9
we [5] 5/14 6/5 18/9 19/1 27/5
we'll [1] 29/7
we're [1] 28/24
well [3] 8/17 15/12 28/5
went [6] 8/10 9/12 15/5 20/18 22/5 25/7
were [30] 8/3 8/13 9/17 10/15 10/23
10/24 11/1 11/12 12/10 13/10 14/4
15/6 15/12 15/13 15/18 17/2 17/14
17/16 19/16 20/6 21/14 22/11 23/22
28/1 28/3 28/8 28/10 28/12 29/20 33/19
weren't [1] 12/14
west [5] 24/18 24/20 25/2 26/7 28/23
what [38]
whatever [2] 20/8 23/8
when [14] 7/2 7/21 8/11 11/6 14/2 15/13
17/9 18/11 20/18 21/8 22/7 22/24 24/2
25/21
where [8] 12/11 21/7 27/8 27/11 27/15
27/17 27/17 28/23
Whereupon [3] 16/17 29/10 29/15
which [1] 18/8
while [1] 12/11
who [8] 6/24 7/19 14/9 18/22 20/14 24/7

26/1 26/15
why [1] 9/17
will [2] 5/23 6/2
windows [1] 16/16
within [2] 3/12 30/4
witness [6] 1/13 2/7 30/5 30/19 33/3
33/11
witnessed [1] 24/11
wonder [1] 9/23
work [16] 8/19 9/16 9/19 9/20 10/15
10/20 11/13 12/23 13/4 13/5 13/10
13/13 17/9 17/11 18/21 21/5
workers' [2] 9/18 13/3
working [6] 14/5 15/7 17/8 21/10 22/11
24/10
workman's [1] 9/5
workplace [7] 12/1 12/4 12/6 12/20 22/8
22/19 23/21
would [9] 5/6 5/9 5/18 14/13 17/21
21/14 21/19 24/21 27/20
would've [1] 11/19
wouldn't [1] 25/14
writing [1] 20/17
wrong [2] 16/5 20/6
wrote [1] 9/23

**Y**
Yeah [1] 8/9
year [4] 14/20 21/8 21/10 21/15
years [4] 13/9 13/10 14/21 17/21
yes [38]
YORK [8] 1/1 1/16 1/18 2/4 2/9 30/4
31/3 32/3
you [187]
you receive [1] 21/18
you'll [1] 4/24
you're [9] 5/8 10/17 11/22 14/7 14/19
17/8 17/13 28/18 29/12
you've [2] 5/20 6/15
your [36]