```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------
     JOHN GORMAN,
 3

 4                             Plaintiff,

 5       – against –          Civil Case No.:  1:14–cv–434

 6

 7   RENSSELAER COUNTY, SHERIFF JACK MAHAR,
     ANTHONY PATRICELLI, UNDERSHERIFF PATRICK
     RUSSO, COUNTY HUMAN RESOURCES MANAGER
 8   TOM HENDRY, COUNTY EXECUTIVE KATHLEEN
     JIMINO,
 9

10                             Defendants.
     ------------------------------------------------------
11

12              STENOGRAPHIC MINUTES OF EXAMINATION BEFORE

13   TRIAL conducted of Non–Party Witness, SCOTT RYAN, held on

14   the 24th day of September, 2015 at the Law Office of

15   Patrick Sorsby, 1568 Central Avenue, Albany, New York,

16   commencing at 1:33 p.m., before Diane Daly–Gage, a

17   Shorthand Reporter and Notary Public in and for the State

18   of New York.

19

20

21

22

23

24
```

```
 1   APPEARANCES:

 2   ON BEHALF OF PLAINTIFF:

 3     LAW OFFICE OF PATRICK SORSBY, PLLC
       1569 Central Avenue
 4     Albany, New York 12205
       518.545.4529
 5     BY:  PATRICK SORSBY, ESQ.

 6

 7   ON BEHALF OF DEFENDANTS:

 8     MARTIN & RAYHILL, P.C.
       421 Broad Street, Suite 10
 9     Utica, New York 13501
       315.507.3765
10     BY:  KEVIN G. MARTIN, ESQ.
            kmartin@martinrayhill.com
11

12   ALSO PRESENT:

13     JOHN GORMAN

14

15

16

17

18

19

20

21

22

23

24
```

```
 1              S T I P U L A T I O N S

 2

 3        IT IS HEREBY STIPULATED AND AGREED by and amongst

 4    the attorneys for the respective parties hereto, that

 5    filing, sealing and certifications are hereby waived;

 6

 7        IT IS FURTHER STIPULATED AND AGREED that all

 8    objections, except as to the form of the question, shall

 9    be reserved to the time of the trial;

10

11        IT IS FURTHER STIPULATED AND AGREED that the

12    within Deposition may be signed before any Notary Public

13    with the same force and effect as though subscribed and

14    sworn to before this Court.

15

16                      *** *** ***

17

18

19

20

21

22

23

24
```

```
 1                  P-R-O-C-E-E-D-I-N-G-S

 2                       SCOTT RYAN,

 3           (having been first duly sworn by the Notary

 4           Public, was examined and testified as follows:)

 5                       EXAMINATION

 6   BY MR. SORSBY:

 7   Q    Good afternoon, Mr. Ryan.  How are you today?

 8   A    Good.  How are you?

 9   Q    Very good.  Thank you for coming today.

10   A    No problem.

11   Q    Mr. Ryan, have you been to a deposition before?

12   A    Yeah.

13   Q    So these instructions I'm going to give you are

14        probably possibly familiar.  When I ask you a

15        question you have to verbalize your answer because

16        the stenographer can't record a nodding of the head.

17   A    Motion.

18   Q    Correct.  So just make sure that you verbalize your

19        answers.  To the extent that a question that I pose

20        to you is not clear or you don't understand, just

21        ask me to repeat it or indicate that you don't

22        understand it.  That way you're answering the

23        question that I've actually posed to you.

24   A    Sounds good.
```

```
 1   Q    If you need to take a break at any time, let me
 2        know.
 3   A    Will do.
 4   Q    Okay.  Let's get some background about you,
 5        Mr. Ryan.  Where are you currently employed?
 6   A    RPI Public Safety and the United States Marshal
 7        Service.
 8   Q    And what do you do at the RPI Public Safety Office?
 9   A    Public safety.
10   Q    Security?
11   A    Yeah, I'm on campus.  Peace officer status.
12   Q    And for the Marshal's office what do you do there?
13   A    I do all their courts, I do their arrest processing,
14        anything that needs to be done out of the Albany
15        office.
16   Q    And how long have you been at the Marshal's office?
17   A    Six years.
18   Q    And how about the RPI Public Safety Security Office?
19   A    About a year and a half.
20   Q    Where did you work before that?
21   A    Worked at Rensselaer County Sheriff's Department.
22   Q    In what capacity did you work there?
23   A    I worked as a sergeant when I retired.
24   Q    When did you retire?
```

| | | |
|---|---|---|
| 1 | A | October 31st, 2013.  Want my start date and end day? |
| 2 | Q | Yeah, that would be good. |
| 3 | A | Start date was October 10th, 1988. |
| 4 | Q | And did you start just as a corrections officer? |
| 5 | A | Correct. |
| 6 | Q | When did you attain the rank of sergeant? |
| 7 | A | 1990. |
| 8 | Q | Can you tell us about your educational background? |
| 9 | A | Went to Hudson Valley for two years.  Graduated from |
| 10 | | high school. |
| 11 | Q | Okay.  And are you familiar with Mr. John Gorman? |
| 12 | A | Yes, I am. |
| 13 | Q | How do you know John? |
| 14 | A | Both professionally and personally now. |
| 15 | Q | Okay.  Directing your attention to the timeframe of |
| 16 | | about October 2012, were you working with Mr. Gorman |
| 17 | | at that time? |
| 18 | A | What was it, '12? |
| 19 | Q | 2012. |
| 20 | A | Yeah, I was working with him. |
| 21 | Q | Okay.  And you were -- do you recall if he was a |
| 22 | | provisional sergeant at that time? |
| 23 | A | No, but it's got to be close to that.  So yeah, I'm |
| 24 | | assuming around there.  I don't know the dates to be |

```
 1        exact to be honest with you.
 2   Q    Do you recall -- and again, this is the autumn, the
 3        fall time of 2012.  Do you recall Mr. Gorman
 4        receiving a phone call from an Anthony Patricelli at
 5        the jail?
 6   A    Yes, I do.
 7   Q    Okay.  Did you hear part of that conversation?
 8   A    I didn't hear the phone conversation.  No.
 9   Q    Where were you and Mr. Gorman at that time?
10   A    In my office, in my sergeant's office for the
11        Transport Division.
12   Q    And you were the sergeant in charge of transport?
13   A    Booking, yep.  Transport, booking, classification
14        warrants, extradition.
15   Q    What was Mr. Gorman doing in your office at that
16        time?
17   A    I believe I was training him to take over my job
18        because I was getting ready to retire.
19   Q    Okay.  So you were training him in your position --
20   A    Yep.  He was assigned to me because he was going to
21        take over my duties.
22   Q    And how is that you know that Patricelli called your
23        office to talk to Mr. Gorman?
24   A    I happened to be -- my office is a pretty sizable
```

```
 1          office and I have two phones in it.  I have 1750
 2          extension, which is mine at my desk, and I have my
 3          conference phone at the other end of my office at
 4          1717 extension.
 5    Q     Okay.
 6    A     And I was on the phone with a judge at 1750, and the
 7          phone rang at 1717 and John answered it.  And
 8          believe it or not I thought somebody died in his
 9          family, because while I was on the phone his
10          demeanor changed.  So I thought something happened.
11          So when I got off the phone with the person I was
12          talking to I asked him are you okay?  Did somebody
13          die in your family?  And he just sat down and was
14          looking straight ahead and I said did something
15          happen?  And he said yeah, basically yeah.  And I
16          said did somebody die in your family, and he said
17          no.  I said don't even tell me that Patricelli just
18          called you and threatened you on that phone, and he
19          said yeah.  And I told him to write the date and the
20          time down to extension 1717 and get a copy of the
21          tape.  Because all of the phones in the sheriff's
22          department are recorded.  So there should be a
23          recording of that phone conversation.
24    Q     What made you think to ask, don't tell me that
```

| | | |
|---|---|---|
| 1 | | Patricelli just called and threatened you? |
| 2 | A | What made -- because I know he's been having |
| 3 | | problems.  Patricelli's been after him. |
| 4 | Q | Okay.  You indicated that the phone conversations |
| 5 | | are recorded in the jail facility? |
| 6 | A | Correct. |
| 7 | Q | Okay.  As far as you know every landline is |
| 8 | | recorded? |
| 9 | A | Yes.  I believe except for the sheriff's. |
| 10 | Q | Do you know what -- is there a policy for how long |
| 11 | | those recordings are kept? |
| 12 | A | I believe it's seven years.  Don't hold me to it, |
| 13 | | but I'm almost positive it's seven years. |
| 14 | Q | And you believe that's a sheriff policy? |
| 15 | A | No.  I think that's with the phone system holds it |
| 16 | | up to seven years. |
| 17 | Q | All right.  Can you tell us a little bit more about |
| 18 | | what you knew before that phone call about you had |
| 19 | | indicated the interactions between Mr. Gorman and |
| 20 | | Patricelli? |
| 21 | A | Yeah.  John was training with me... |
| 22 | Q | Okay. |
| 23 | A | And at some point Patricelli got caught cheating on |
| 24 | | his girlfriend, which is John Gorman's sister, and |

```
 1        he continuously blamed John for him getting caught

 2        cheating and he took it personal, just like he does

 3        everything else down in that place.  He's threatened

 4        numerous people, he's been suspended before for

 5        putting a gun to somebody's head.  So this guy is a

 6        continuous ticking time bomb.

 7   Q    You said he was -- he put a gun to somebody's head?

 8   A    Yeah.  He got suspended for 30 days when he first

 9        started there, out at a bar.

10   Q    Was this a coworker?

11   A    I believe so, yeah.

12   Q    Okay.  Do you know the facts as to why that

13        happened?

14   A    No.  I know it was out at a bar.  That was it.

15   Q    All right.  And you said he was suspended on other

16        occasions as well?

17   A    It was just on that occasion I know he was suspended

18        for 30 days.

19   Q    Okay.  Do you know other specific incidents where he

20        threatened other people?

21   A    He's threatened I believe Kevin Rogers, he's

22        threatened -- I don't know, just about anybody he

23        can threaten and get away with.

24   Q    Now, do you know -- other than Mr. Gorman do you
```

```
 1        know of any incidents or any incidents where, other

 2        than the gun to the head, where Patricelli

 3        threatened other workers there?

 4   A    I only heard that he threatened Kevin Rogers and he

 5        threatened Dave Higgit.

 6   Q    How did he -- Dave Higgit you said?

 7   A    Yeah.

 8   Q    How did he threaten Kevin Rogers?

 9   A    I'm not too sure.  He was outside his office and he

10        threatened him.

11   Q    Okay.  And you heard that from Kevin Rogers?

12   A    Yeah.  It was all over the jail.  It was a rumor

13        that went around the jail.  It's been typical

14        Patricelli.

15   Q    What about Dave Higgit?  Do you have any knowledge

16        about it or just heard about it?

17   A    No.  I can't recall who told me what, to be honest

18        with you.  You're talking years ago.

19   Q    Okay.  You said to Mr. Gorman don't tell me that

20        Patricelli just called and threatened you.  Did

21        Mr. Gorman elaborate on what Patricelli said?

22   A    No, he didn't, to be honest with you.  I tried to

23        get him to.

24   Q    Okay.  Now, how did you know that Patricelli was
```

1      upset about Mr. Gorman's sister cheating on

2      Patricelli?  Like how -- you said it seemed like

3      that was common knowledge.

4   A  Yeah.  He went around telling everybody.

5   Q  Who was?

6   A  Patricelli.

7   Q  Going around telling everybody that Gorman's sister

8      was cheating on him?

9   A  No.  That he got caught cheating on Gorman's sister

10     and he was the reason that she broke up with him.

11     Meaning John.

12  Q  All right.  Thank you.  So he was going around

13     telling people that not only did Gorman's sister

14     break up with Patricelli, but also that he blamed

15     Mr. Gorman for it?

16  A  Correct.

17  Q  Did he come to you and tell you that or you just

18     observed him telling others that?

19  A  He was running his mouth every day in the jail.

20  Q  Okay.  Did you have any specific conversations with

21     Patricelli in regards to him saying --

22  A  No, he doesn't talk to me.  So...

23  Q  Okay.  Now, were there times when Patricelli

24     would -- are you aware of times when Patricelli

```
 1        would follow Mr. Gorman?
 2   A    Just from John, you know.
 3   Q    Did you ever observe Mr. Patricelli checking in your
 4        office on Mr. Gorman?
 5   A    All the time.
 6   Q    And what would he do when we would come in to check
 7        on you?
 8   A    He would just stand in the doorway and look in and
 9        then go back to his office.
10   Q    Okay.  Did you and Mr. Gorman observe him when he
11        did that?
12   A    He used to do it every day to me.
13   Q    Every day?
14   A    Yep.
15   Q    And would he look at you or look at John?
16   A    He would just look in my office to see who was in
17        there.
18   Q    Okay.  So he was checking in your office every day?
19   A    Yeah.  He would stand at the -- there's a sallyport,
20        bars that open, it's a slider, and he would stand
21        there and look in because you can see into my office
22        from there and he would stare in every day.
23   Q    Now, did he have any reason to be checking in your
24        office?  Is he your supervisor?
```

1    A    No.

2    Q    Well, was he your supervisor?

3    A    No.

4    Q    When he came and checked every day did he ask you

5         specific questions or was he looking for anything in

6         particular?

7    A    He would ask me once in a while what he was doing,

8         what I was training him on.

9    Q    Who?  Who's he?

10   A    Tony Patricelli.

11   Q    Would ask about what, Gorman?

12   A    What I was training John on.

13   Q    So he would inquire as to what you were training

14        John Gorman on?

15   A    Correct.

16   Q    Now, what, if anything, did you tell Mr. Patricelli?

17        Because he's checking every day.  I mean is there a

18        point where you inquired why he's doing that?

19   A    Yeah, I always said training him like he's me.

20        Everything I know he's going to have to know to run

21        this unit.  It's pretty simple.

22   Q    And was that enough for Patricelli or did he

23        continue to come back and check?

24   A    Every day he would stop and look in the office,

```
 1        every single day.  Whether he was in there or not,
 2        he always did.
 3   Q    Just to understand the chain of command, if you can
 4        help me with this.  You were training Mr. Gorman.
 5        What role, if any, did Patricelli have in overseeing
 6        Mr. Gorman's training?
 7   A    None.
 8   Q    Mr. Gorman didn't report directly to Mr. Patricelli,
 9        did he?
10   A    Not that I'm aware of.
11   Q    Okay.  Was there any other -- were you training
12        other individuals as well in addition to Mr. Gorman?
13   A    Sergeants wise to take my job?
14   Q    Yes.
15   A    No.
16   Q    Did you have other staff members underneath you that
17        reported to you?
18   A    Yeah.  I had 13.
19   Q    Did Mr. Patricelli inquire as to any of those other
20        --
21   A    He would always inquire where they were, where my
22        staff were.
23   Q    Okay.
24   A    And you got to understand too, I had GPS in all my
```

```
 1        vehicles.  So he had access to GPS just like I did.
 2        So you can look at any time to see where my vehicles
 3        were anywhere in the northeast, wherever they were
 4        assigned.
 5   Q    So there was no reason to --
 6   A    No.
 7   Q    Okay.  Now, do you think that Mr. Patricelli was
 8        coming into your office every day to bother you or
 9        to check in on Mr. Gorman, to check Mr. Gorman?
10   A    Check on Mr. Gorman.
11   Q    All right.  Other than when he told you I asked
12        what -- how his training was going or what was
13        involved.  What other reasons do you think
14        Mr. Patricelli was checking in on Gorman?
15   A    I couldn't answer that.  I don't know.  He would
16        just show up every day.  He would stare at from
17        outside my office door.  Actually, you can get the
18        videotapes for that too.
19   Q    Oh, the coming to your office every day?
20   A    Yeah, standing right outside my door.  It's all
21        videotaped.
22   Q    Okay.  Did there come a time when you told
23        Mr. Patricelli why are you here every day?
24   A    I said that every day to him.
```

1    Q    Did you tell him please don't come back anymore or

2         something to that effect?

3    A    No.

4    Q    All right.  Did it strike you as strange behavior

5         for him to be at your office every day?

6    A    You knew something was up, you know.  But

7         unfortunately I had to work with him too because

8         he's the gang guy.  And me moving gang members

9         around, I had to know who the gangs members were.

10        And he was supposed to give me a list of gang

11        members every month, who was on the gang list and

12        who couldn't come in contact, and he would never

13        give me the list.  So he tried to set me up all the

14        time when I was doing my work to end up with two bad

15        guys who weren't supposed to be together, together.

16   Q    And did that happen often?

17   A    Every month I had to do my own.

18   Q    And why would that have been -- I mean I know I'm

19        asking obvious questions to you, but can you explain

20        how that would've been a problem?

21   A    He's a gang officer in charge of the jail for all

22        the gang members.  He's supposed to interview them,

23        document them, assess their risk assessment to us,

24        and he would never do his job.  We'd never get a

```
 1        list.  We're supposed to get a list every month of

 2        who is supposed to come in contact, who are gang

 3        members, who was high risk, who was not.  And he

 4        failed to give it to me month after month after

 5        month.

 6   Q    Now, so how long did you train Mr. Gorman?

 7   A    I don't know.  To be honest with you it had to be

 8        awhile.  I don't know the exact time, to be honest

 9        with you.

10   Q    Okay.  Now, do you know who Thomas Hendry is?

11   A    Yes, I do.

12   Q    And who do you understand him to be?

13   A    Head of Human Resources for the county.

14   Q    Did there come a time in which you had a

15        conversation with Mr. Hendry regarding Mr. Gorman?

16   A    Yes, there was.

17   Q    Do you have an idea of the timeframe that was?

18   A    Yeah.  If he has the letter from the county, HR,

19        stating that there was no -- his findings were that

20        nothing occurred from the bullying incident.

21   Q    Let me see if I can help a little bit more.  Do you

22        recall having a conversation with Mr. Thomas Hendry

23        regarding an allegation workplace violence by

24        Mr. Gorman?
```

```
1    A    Yes.

2    Q    And how did Mr. Hendry discuss this with you?

3    A    How did he discuss it with me?

4    Q    Did he call you --

5    A    He called me on the phone after I read the letter

6         that he sent to John Gorman stating that there was

7         no evidence to support John Gorman's case.  He said

8         he interviewed all aspects of -- he interviewed

9         everybody involved in the case, which he never did,

10        and I read the letter and it just so happens that

11        day he called me.

12   Q    Let me see if I can understand this.  You read a

13        report which drew a conclusion that there was no

14        workplace violence.  You read that report and then

15        after you read that report you get a call from

16        Thomas Hendry asking you about the workplace

17        violence complaint; is that correct?

18   A    Correct.

19   Q    Okay.  Did that strike you as strange?

20   A    Yeah.  I told him on the phone, and it's on that

21        1717 extension, I actually told Tom Hendry that are

22        you kidding me.  You're calling me on a taped line

23        after I got done reading the letter you sent to John

24        Gorman.  Now you're calling me to interview me.  Are
```

```
 1        you kidding me.
 2   Q    What did he say?
 3   A    There was a long pause on the phone; well, this is
 4        my first time investigating something like this.
 5        But I said you put in a letter that you investigated
 6        this, you interviewed everybody, and you didn't.
 7        Now you're calling me to -- I go, you know you're on
 8        a taped line.  I kept telling him that.  That was
 9        extension 1717 also.  And then he said he'd get back
10        to me.  He actually asked me what happened.  I told
11        him exactly what we just talked about and then he
12        said he'd get back to me, and I never heard from him
13        again.
14   Q    Did he -- all right.  Did he ask you anymore
15        substantive questions as to what happened about the
16        allegations?  Did he go into any of that on this
17        phone call?
18   A    Yes.
19   Q    Do you remember what he asked you?
20   A    He just wanted to know my take on what happened,
21        what I thought happened.  And I said it's kind of
22        fruitless because you already sent a letter out.  I
23        said you got to be kidding me.  I've been in
24        business for 25 years.  I said to him you don't call
```

1      somebody after the investigation has been closed and

2      ask them their side of the story.

3  Q    All right.  That's fair enough.

4           While he's doing that, let's talk about --

5      now, you trained Mr. Gorman.  Can you tell us a

6      little bit about his job performance that you were

7      able to observe?

8  A    He's a very good worker.  I'd recommend him to work

9      anyplace anywhere, to be honest with you.  He's a

10     hard worker, dedicated to his job.  Would always

11     stay past the time that was needed to make sure the

12     job was done.

13          (There was a brief pause in the proceedings.)

14          MR. SORSBY:  While we wait for him to look

15          for that, I'm just going ask you a few other

16          quick questions here.  Actually, we'll stick on

17          that subject.

18          Let me get this marked as an exhibit.

19          We'll make copies afterwards.  Exhibit 5, I

20          think.

21          (Plaintiff's Exhibit 5 was marked for

22          identification.)

23  BY MR. SORSBY:

24  Q    I'm going to show you what's been marked as

```
 1         Plaintiff's Exhibit 5.  Take your time to take a
 2         look at that.
 3              (Witness examines document.)
 4                 Do you recognize what's been marked as
 5         Exhibit 5?
 6    A    Yeah.
 7    Q    And what do you recognize that to be?
 8    A    It's a letter from Tom Hendry from Human Resources.
 9    Q    Now, earlier in your testimony you had testified
10         that you got a letter from Thomas Hendry regarding
11         his investigation.  Is that the letter you were
12         referencing?
13    A    I didn't get the letter.  John Gorman had the
14         letter.
15    Q    Okay.  But you had indicated that you read it;
16         right?
17    A    Yeah.  He showed it to me.
18    Q    Is that the letter that you recall reading?
19    A    Yes, it is.
20    Q    So just for clarification; you read that letter and
21         Mr. Hendry called you after reading that, what's
22         been marked as Exhibit 5?
23    A    Correct.
24    Q    All right.  Good.  I just want to know which letter
```

```
 1        we're talking about.  Thank you.
 2                  I want to show you what's been marked as
 3        Plaintiff's Exhibit 1.
 4   A    All right.
 5   Q    Now, you may not have seen -- well, I'll ask you.
 6        Have you seen this specific document involving
 7        Mr. Gorman?
 8   A    No, I don't recall.
 9   Q    Do you recognize this type of document from the
10        sheriff's department?
11   A    Yes.
12   Q    What do you understand this type of document to be?
13   A    It's an oral counseling or an oral written warning.
14        It's a violation of a county work rule.
15   Q    Now, do you give verbal warnings at the sheriff's
16        department?
17   A    Yes.
18   Q    Now, I believe in some employment situations a
19        verbal warning will be in writing as well.  Is that
20        the case there or is that actually a verbal warning?
21   A    No.  This is the oral.  Oral counseling would be the
22        verbal side of this.
23   Q    Okay.  Now, for oral warnings such as what's been
24        marked as Plaintiff's Exhibit 1, is there
```

```
 1          typically -- is it just the one page like this or is

 2          there some other document that might be attached to

 3          it?

 4    A     Well, in this case because it was -- the offense

 5          observed by Sergeant Maselli and the written was

 6          given by Sergeant Ranken, there would have to be a

 7          report that goes with it or Sergeant Ranken wouldn't

 8          know what to write up and what he's writing him up

 9          on.  So Sergeant Maselli would have to do either

10          like a deposition or some kind of written report.

11    Q     Are you familiar with the term informational?

12    A     Yeah.

13    Q     Is that what would be utilized for that purpose?

14    A     Correct.

15    Q     And just for clarification, this warning was given,

16          can you see who it says it was given by?

17    A     Sergeant Ranken.  That's why I said if you look at

18          warning given by Sergeant Ranken, offense observed

19          by and reported by Sergeant Maselli.  So Sergeant

20          Ranken wouldn't know what to write up because he

21          didn't observe it, so there would have to be a

22          report that goes with it so he knows what he's

23          writing up.

24    Q     Okay.  And that sounds logical to me.  It really
```

1     does.  But is that a policy -- is that a policy at

2     the sheriff's department?

3  A   It is a policy.

4  Q   Was it a policy at that time to -- if an officer is

5     making -- is writing an oral warning, is making an

6     oral warning and it's given by that person, does

7     there have to be substantiating documentation if

8     it's not based on firsthand knowledge?

9  A   The best way I can explain this to you is if I'm

10    writing John Gorman up for an incident that I

11    observe, I'm going to be the person that observed

12    it, I'm going to be the person that is giving the

13    warning and I'm going to document right here of what

14    I observed and what violation I'm charging him with.

15    I don't take words from another sergeant to tell me

16    what to write somebody up on because I didn't

17    observe it.  So I'd have to read something to write

18    that person up.  I can't make them up out of mid

19    air.

20  Q   Right.  And that's something that you would do as a

21    supervisor, you would ensure that that's the case;

22    right?

23  A   Correct.

24  Q   Did you understand that also to be the policy at the

```
 1         sheriff's departments as well?
 2   A     Policy is kind of vague down there at the time
 3         because our policies and procedures weren't really
 4         done.  So we had an administrative manual that was
 5         put out that followed what we're supposed to do and
 6         how we're supposed to do it.  But as far as the
 7         day-to-day operation, no.  People did it
 8         differently.  But for me to write somebody up -- for
 9         Sergeant Ranken to write John Gorman up through
10         Sergeant Maselli, he would have to have facts and
11         documentation to write him up.
12   Q     Okay.  That's just based on your experience --
13   A     My 25 years experience down there, yeah.
14   Q     All right.  Now, you testified before that there
15         really -- well, strike that.
16                  I want you to look at Exhibit 1.  I mean
17         you've seen it before, but you see the charge there,
18         right, something that -- Mr. Gorman returned the
19         keys for his auxillary weapon without having it
20         signed by the watch commander.  Was that some
21         written policy, was it practice or not really?
22   A     It was something they come up with probably a month
23         prior to this writeup, and I believe they're in the
24         process of putting the policy together.  But to be
```

```
 1        honest with you I don't know for fact what was
 2        policy and what wasn't.  It's been a while.
 3   Q    Okay.  When you say they were coming up, who do you
 4        mean by they?
 5   A    Administration.
 6   Q    Okay.  But you believe that to the extent that this
 7        was a policy, it was in the process of being
 8        developed a month before this happened?
 9   A    Correct.
10   Q    Do you know if the policy was already written and
11        distributed at the jail?
12   A    I don't know, to be honest with you.
13   Q    You had mentioned that there's a book.  Did you say
14        it was administrative policies?  Do you remember
15        what the title of that book is?
16   A    Administrative policies.
17   Q    Is that the actual title?
18             MR. GORMAN:  Administrative manual.
19   Q    Administrative manual.  All right.
20             Do you know if this requirement, this rule
21        is in there?
22   A    No, I don't believe it is.
23   Q    All right.  How many people did you supervise when
24        you were working at the sheriff's department?
```

```
 1   A   Depends which time when I was -- where I was
 2       working.  I was a K-9 handler for 14 years.  I was
 3       watch commander for C-line for many years, afternoon
 4       shift.  I was a watch commander for the day shift.
 5       I was acting lieutenant for a year and a half on
 6       A-line.
 7   Q   In 2012 when Mr. Gorman was there.  From 2012 --
 8   A   Transports.  So roughly about 13 plus 56 auxiliaries
 9       I believe it is.
10   Q   Did they give you any management training?  Was
11       there any training courses that you and management
12       took?
13   A   I went through supervisor school, sergeant school.
14   Q   Was there any instruction from the administration in
15       regards to individuals having a disability and
16       needing maybe an accommodation for their job?
17   A   No, never.
18   Q   Okay.  What did you understand -- was there any
19       training provided by administration with regards to
20       workplace violence complaints?
21   A   Yeah.  They put a form up all over the jail in
22       different offices explaining if you believe you were
23       being harassed to call Tom Hendry.
24   Q   So you understood Tom Hendry to be the point person
```

```
 1        on that?
 2   A    Correct.
 3   Q    All right.  But as a supervisor there was no
 4        training involved?
 5   A    No.
 6   Q    Was there a supervisor's manual in addition to the
 7        administrative manual?
 8   A    For the supervisors, probably.  But my job was
 9        unique.  So my job entailed a combination of road
10        patrol, the courts, the DA's office, booking,
11        transports, U.S. Marshals, Dutchess County.  I had
12        many hats on every day.  So to sit here and tell you
13        that I had a manual specifically for me, no.
14   Q    All right.
15   A    What I did do is I typed up a list of my job
16        requirements for an every day, like an eight-hour
17        day.  And then I would hand it to -- basically I did
18        it on my own, to be honest with you.  And that's
19        basically what I gave John.
20   Q    Now, other than incidents where Patricelli would
21        show up at your office with Gorman, were there other
22        incidents that you witnessed with Patricelli and
23        Mr. Gorman?
24   A    Just that phone call and just his every day just
```

```
 1         stopping by the office and staring at us.  That's
 2         it.
 3   Q     Okay.  Now, are you aware that Mr. Patricelli called
 4         Mr. Gorman and threatened to break his jaw?  Were
 5         you aware of that incident?
 6   A     Afterwards, yeah.
 7   Q     All right.  Other than hearing it from Mr. Gorman
 8         did you hear it from other staff members?
 9   A     Yeah.  It was a rumor going around the jail.
10   Q     All right.
11   A     Let's put it this way; it was common knowledge that
12         it happened.
13   Q     Okay.  Did you hear anything from Sergeant Ranken or
14         any other individual that Mr. Gorman should advise
15         people where he's going before he goes there for his
16         own safety?
17   A     John explained that to me.  Ranken had come in the
18         office a few times to explain to me that Patricelli
19         was on a witch hunt.  And just to me he's always on
20         a witch hunt, so it's an everyday occurrence.  But
21         unfortunately I didn't know the depth of John
22         Gorman's case and what was going on behind the
23         scenes, to be honest with you, until after that
24         phone call happened in my office.
```

```
 1   Q   So Sergeant Ranken came into your office to tell you
 2       that Patricelli was on a witch hunt?
 3   A   More or less, yeah.
 4   Q   And that was in the context in regards to
 5       Mr. Gorman?
 6   A   Correct.
 7   Q   And why did he tell you that?  Did he say well, we
 8       have to -- did he tell you you have to watch or get
 9       Gorman to check in, tell people where he is for his
10       --
11   A   Well, Gorman was working for me, so there was no
12       checking in with anybody because he was working for
13       me.  So the only person he was going to check in
14       with is with me.
15   Q   All right.
16   A   Now, you got to remember, we leave the building.
17       I'm not assigned to the building -- I'm not assigned
18       to the jail.  I leave the building every day.  I
19       have job duties outside my office.  So John had to
20       learn the court system, the DA's office.  You know
21       so we were outside.  I had the take-home car every
22       day.  For 14 years I had a take-home car.  So we
23       weren't in the jail eight hours a day.
24   Q   Okay.
```

```
 1   A    So we would leave and then we'd come back and we
 2        would get -- you know, our job description would be
 3        I know I'd tell him he'd have to learn things
 4        because you'd have to go meet with judges, lawyers,
 5        whatever, hospital runs.
 6   Q    Are you aware that -- first of all, you know that
 7        Mr. Gorman was on a key detail, a special detail;
 8        correct?
 9   A    Correct.
10   Q    And are you aware that Mr. Patricelli went to
11        Sergeant Ranken and told him that Gorman has to get
12        permission -- should get permission before he goes
13        anywhere, something to that effect, because he's
14        spending a lot of time in Dunham's office?  Were you
15        aware of that?
16   A    We had conversation about it, but I don't recall who
17        told me what, to be honest with you.
18   Q    Again, you just remember Mr. Ranken saying that
19        Patricelli is on a witch hunt?
20   A    Hm-hum.
21   Q    And again, that was in reference to Mr. Gorman?
22   A    Correct.
23   Q    Are you aware that Mr. Gorman had to get an order of
24        protection against Anthony Patricelli?
```

```
 1   A    From John afterwards, yes.
 2   Q    And do you know if at that time was Mr. Gorman still
 3        training underneath you at that point?
 4   A    I don't recall, to be honest with you.
 5   Q    At one point he was a provisional sergeant, right,
 6        and then he didn't make the sergeant's position;
 7        right?
 8   A    Correct.
 9   Q    And then it was at that point he was no longer
10        training under you; is that correct?
11   A    Yes.
12   Q    Okay.  You had indicated before that you, in form or
13        substance, you thought that Mr. Gorman was a good
14        employee.  Was that true?
15   A    He's an excellent employee.
16   Q    Okay.  Do you have an opinion as to an employee such
17        as Mr. Gorman should've been terminated?
18   A    No.  Patricelli should've been terminated.
19   Q    And why do you draw that conclusion?
20   A    A, he went to his house, threatened him, got
21        arrested, was convicted.  And by statute of law if
22        you've been convicted you're not entitled to keep a
23        civil service job.
24   Q    I don't know how familiar you are with I believe
```

```
 1          it's Civil Service Section 73 and 75 where a person

 2          is out on leave, unpaid medical leave for a year or

 3          more, the optimal word is may, the county may

 4          terminate the employee.  Are you familiar with that?

 5  A    Vaguely.  It's been a while, to be honest with you.

 6  Q    I was going to ask if you knew of employees that are

 7          out a year or more on unpaid leave.  In your

 8          capacity as a supervisor did you have anybody under

 9          your watch?

10  A    Under my watch?

11  Q    Yes.

12  A    No.  I had nobody out for more than -- except for

13          minor injuries or some kind of injury that they were

14          out.  That's it.

15  Q    All right.

16                MR. SORSBY:  I'm going to take a quick

17             five-minute break and maybe we'll be wrapping

18             up.

19             (Whereupon, there was a short recess in the

20             proceedings.)

21  BY MR. SORSBY:

22  Q    All right.  I'm just going to wrap up, Mr. Ryan.

23          Just wanted to actually clarify one thing because I

24          asked you a question and you gave a lot of
```

AMF Reporting Services
(518)982-1341
www.amfreporting.com

```
 1        information.  You had indicated -- I had asked you
 2        why Patricelli should've been terminated and you had
 3        said that because he went to his house and he said a
 4        couple of things.  Just for clarification, I mean do
 5        you understand that Patricelli called Mr. Gorman at
 6        his house and threatened him?
 7   A    Correct.
 8   Q    Okay.  All right.  I know it's been a couple of
 9        years since all this stuff happened.  I just wanted
10        to make sure that was your understanding.
11   A    Yeah.
12             MR. SORSBY:  All right.  I have no further
13          questions.  My suspicion is that Mr. Martin has
14          a few questions.
15             MR. MARTIN:  I do.
16                     EXAMINATION
17   BY MR. MARTIN:
18   Q    Mr. Ryan, I want you to take a quick look at
19        Plaintiff's Exhibit 1 that we talked about.  And my
20        first question is, were you in the union at the
21        jail?
22   A    Yes.
23   Q    Were you ever an officer of the union?
24   A    No.
```

```
 1   Q    Okay.  And I wanted to have you explain to me,
 2        because I don't know, what would be signed in?  Was
 3        there a name for the book where the auxillary weapon
 4        would be signed in?
 5   A    It was the weapon logbook.
 6   Q    The weapon logbook.  Okay.  And on Exhibit 1 there
 7        is in the middle of the exhibit there's a section
 8        called Employee's Remarks.  Do you see that there?
 9   A    Yes.
10   Q    And it indicates, "The absence of any statement by
11        employee indicates agreement with the report as
12        stated.  This report will be placed in the
13        employee's personnel file."  Do you see that there?
14   A    Yes.
15   Q    Have you ever gone over this form as a supervisor?
16   A    Yes.
17   Q    What's your understanding of what that means, that
18        Employee's Remark section?
19   A    If they want to put something in there, they have
20        the right to put something in there.  If they
21        protest it, agree with it, disagree with it.  Most
22        of the employees in my experience never write
23        anything in there.
24   Q    Okay.  Do you know if the union could file a
```

```
 1        grievance if the employee disagrees with the
 2        disciplinary action?
 3   A    Yes, but I believe an oral counseling is not
 4        allowed, oral warning.  It only goes in your file
 5        and it's supposed to be taken out after 18 months.
 6   Q    Okay.  So do you know if Sergeant Ranken reviewed
 7        the weapons logbook before signing this document,
 8        number one?
 9               MR. SORSBY:  Objection.  He testified he's
10           never seen this specific document before.  Only
11           this type of document.
12   Q    I don't understand.  My question was, do you know if
13        Sergeant Ranken reviewed the logbook before signing
14        this exhibit?
15   A    I'm going to say no because --
16   Q    You don't know or he didn't?
17   A    No.  I'm going to say no because the offense was
18        observed by Sergeant Maselli, not Sergeant Ranken.
19        Sergeant Ranken only handed the writeup and wrote it
20        up and handed it to John Gorman.  He didn't observe
21        the events.
22   Q    You're just guessing based on what's written here?
23   A    You can call it guessing.  I'll tell you that's the
24        fact.
```

1    Q    You're sure then that Sergeant Ranken didn't go and

2         look at the logbook on his own to confirm what

3         Sergeant Maselli was saying?  Is that what your

4         testimony is?

5    A    Correct.  Because I'm going to say that because the

6         offense was observed by Sergeant Maselli and not

7         Sergeant Ranken.  If Sergeant Ranken had looked at

8         the book he would've wrote him staying there.

9    Q    Okay.  So if they both observed the same thing, it

10        couldn't be written that way on the document?

11   A    It would have both names there.

12   Q    And that was the policy?

13   A    Yeah.

14   Q    Are you sure about that?

15   A    Yep.

16   Q    All right.  And do you know who Captain Smith is?

17   A    Yes, I do.

18   Q    Did you ever talk with Captain Smith about whether

19        or not Sergeant Gorman had failed to log in the

20        auxillary weapon into the logbook?

21   A    Did I have a conversation?  More than likely I did.

22   Q    And specifically about this incident that we're

23        talking about?

24   A    You're asking me, I don't know, this is when?

```
 1   Q    It is --
 2   A    11/5?
 3   Q    November 21st, 2012.
 4   A    I'm looking up here.  The date of offense was 11/5.
 5   Q    Very good.  So you believe you did have a discussion
 6        with Captain Smith about this incident?
 7   A    More than likely, yes.
 8   Q    What was the discussion?
 9   A    Why he was written up when we're out of the building
10        so much, that I -- I'm assigned a gun.  I sign the
11        gun out more than likely to him, the weapon.
12   Q    What did Captain Smith say?
13   A    Just have him sign it and move on.
14   Q    All right.  Did you have a discussion with Sergeant
15        Maselli about this incident that's captured in
16        Exhibit 1?
17   A    No.
18   Q    How about Sergeant Ranken?
19   A    I don't recall.
20   Q    Okay.  And you said that Kevin Rogers was threatened
21        by Patricelli.  What was the threat, if you know?
22   A    I don't know off the top of my head.  I know there
23        was an argument over when Kevin Rodgers was on the
24        U.S. Marshal Task Force.
```

```
 1   Q   When did this occur?  Do you know what year by any
 2       chance?
 3   A   I don't know off the top of my head.  It was around
 4       the same time the rest of the stuff was happening --
 5       it actually wasn't around the same time.  It
 6       probably would've been before John Gorman stuff.
 7   Q   Okay.  Like ten years before?
 8   A   No.  Shorter.  Four years before, three years
 9       before.
10   Q   Okay.  You don't happen to know if Kevin Rogers
11       still works at the jail, do you?
12   A   No, he doesn't.  No.  It depends what -- when you
13       see it in the paper.  He's technically on
14       administrative leave right now.
15   Q   Okay.  Did you speak with Kevin Rogers about what
16       the threats were from Patricelli?
17   A   No.
18   Q   Did you speak with Dave Higgit about threats that
19       Patricelli made to him?
20   A   No.
21   Q   Mr. Higgit I believe still works at the jail;
22       correct?
23   A   I assuming so.  I haven't been there in a year and a
24       half, so I assume so.
```

```
 1   Q   Fair enough.  You said that Patricelli never told
 2       you that he got caught cheating on his girlfriend
 3       because he doesn't talk to you.  And my question is,
 4       why doesn't he talk to you?
 5   A   Because he's lied about me before to the sheriff and
 6       he's got called out on it and I don't deal with him
 7       because he's a direct pipeline to the sheriff and he
 8       makes stuff up on people and goes on witch hunts on
 9       people.
10   Q   All right.  Is it fair to say that the two of you
11       don't get along?
12   A   You can say that.
13   Q   And my understanding is that you were running or
14       maybe are running for sheriff in Rensselaer County;
15       is that correct?
16   A   I was.
17   Q   What's the status of that campaign?
18   A   It's done.  I got beat.
19   Q   Okay.  There's no election law cases or anything
20       where you're challenging anything?
21   A   No.
22   Q   So the campaign is over for now?
23   A   Correct.
24   Q   And that was against Undersheriff Russo; is that
```

```
 1         correct?

 2    A    Correct.

 3    Q    In your campaign was one of your platforms that you

 4         wanted to clean up the litigation, I'm going to use

 5         the word mess?

 6    A    Yeah.

 7    Q    I think I might've seen that on your website,

 8         actually.

 9    A    Yeah.

10    Q    Can you tell us what you're talking about there?

11    A    Talking about the HIPAA violations, I'm talking

12         about John Gorman's case, I'm talking about Ruth

13         Vibert's case, I'm talking about Lieutenant Karam's

14         case in the 62 HIPAA violations.

15    Q    Okay.  Is it fair to say that you're unhappy with

16         the way that the jail was being run in the 2012/2013

17         timeframe?

18    A    Correct.

19    Q    And you said that Patricelli stopped by your office

20         every day.  Did he continue to stop by your office

21         after Mr. Gorman returned to the corrections officer

22         position and was no longer a provisional sergeant?

23    A    He would stare into my office to see who was in my

24         office every day.
```

```
 1   Q   Why would he do that if Mr. Gorman was no longer
 2       training to take your job?
 3   A   Because I became friends with John while I was
 4       training him.
 5   Q   I don't understand why -- what would he learn, I
 6       guess?
 7   A   You'd have to ask him that, to be honest with you.
 8       I can't answer for him.
 9   Q   Okay.  You also said that Patricelli tried to "set
10       you up" with respect to the gang members.
11   A   Yep.
12   Q   And I think you started to talk about like two gang
13       members who weren't supposed to maybe be on the same
14       transport, and I don't know if you finished that
15       thought.  Could you tell me more about what would
16       happen?
17   A   When I move -- suppose I'm moving 40 people to Troy
18       City Court at one time, I need to know who the
19       enemies are within there so I can separate them so
20       we don't have any physical altercations or threats
21       against one another or if somebody is testifying
22       against somebody.  And gang members if they're
23       Bloods, Crips, MS13, whatever they are, I need to
24       know who their players are, and if they're escape
```

1      risk, if they had kind of escape history in the

2      past, I need to know that when I'm taking them

3      outside the building.

4    Q   And Patricelli did not do that I think was your

5      testimony; correct?

6    A   Correct.

7    Q   All right.  And you said set you up.  Do you think

8      he did that on purpose?

9    A   Yeah, I believe so.

10   Q   Why?

11   A   Because he wanted to see two inmates fighting and

12      get me removed from the job.

13   Q   Why did he want to get you removed?

14   A   Because he didn't like me.  Because I always

15      questioned him -- anything he ever questioned me, I

16      questioned him back.

17   Q   An it's sort of at the early part of your testimony

18      from Mr. Sorsby you were talking about the phone

19      call that Mr. Gorman received on extension -- while

20      you were on the phone with the judge, Mr. Gorman was

21      on the other extension, 1717?

22   A   Correct.

23   Q   And then he looked like somebody in his family had

24      died.  Do you recall that?

```
 1   A    Correct.

 2   Q    When did that take place, if you can remember?

 3   A    Beginning of October.  Sometime in October.

 4   Q    2012?

 5   A    Yeah.

 6   Q    All right.  And you indicated that Patricelli had

 7        been after Gorman prior to that time; is that

 8        correct?

 9   A    Yeah.  There's been problems.  I don't know if he

10        was after him.  He was more after -- Tony is Tony.

11   Q    All right.  I was going to ask you about that.  You

12        said that he goes on witch hunts?

13   A    Yep.

14   Q    And what do you mean by that?

15   A    If he doesn't like you, he doesn't agree with you,

16        what you're doing, he'll go after you and make stuff

17        up about you and go to the sheriff and speak bad

18        about you.  And then you get called on the carpet.

19   Q    And that happened to you; correct?

20   A    Correct.

21   Q    And do you know how many other people that worked at

22        the jail were the subject of the Patricelli witch

23        hunt?

24   A    No, I don't know.
```

```
1    Q    Can you estimate?

2    A    A lot.

3    Q    More than ten?

4    A    Yeah.

5    Q    More than 50?

6    A    No.

7    Q    Okay.  My understanding is that Tom Hendry called

8         you on extension 1717 and started asking questions

9         about Mr. Gorman's workplace violence complaint;

10        correct?

11   A    Correct.

12   Q    I wasn't sure if I got your testimony.  Did he ever

13        follow-up with you again?

14   A    No.

15   Q    Not in person even?

16   A    Nope.

17   Q    Did you ever have any other discussions with

18        Mr. Hendry about any other workplace violence

19        complaints that Mr. Gorman made?

20   A    No.

21   Q    Did you ever have any other confessions --

22        conversations with Mr. Hendry other than what you've

23        testified to --

24   A    No.
```

```
 1   Q     -- about the workplace violence complaints?

 2   A     None.

 3   Q     When you were responding to Mr. Sorsby's questions

 4         you indicated that you told Mr. Hendry "exactly what

 5         we just talked about," and I think you were

 6         referring to all your testimony beforehand.  And I

 7         hate to ask you again, but I'm wondering if you can

 8         recall what you did say to Mr. Hendry?

 9   A     My almost exact words to Mr. Hendry were, are you

10         kidding me.  You're calling me on a taped line after

11         I just got done reading a report that you've put

12         out, you're calling to interview me.  I said are you

13         kidding me.  I said you know you're on a taped line.

14         I must've said it ten times.  You should get the

15         tape and listen to it for yourself because you're --

16         it's going to be after this date.

17   Q     Right.  Anything else that you can remember?

18   A     No.  He went into -- again, he asked me the

19         questions about the workplace violence and what I

20         knew about the phone call.  And I told him it

21         happened in the office, just like I explained here

22         today.

23   Q     And you indicated that Patricelli should've been

24         fired for a number of reasons, including that he
```

```
 1        went to Mr. Gorman's house.  You weren't there?
 2  A     No.
 3  Q     You didn't observe that?
 4  A     No, I did not.
 5  Q     You didn't overhear, you weren't present for any of
 6        the threats that Patricelli made to Mr. Gorman; is
 7        that correct?
 8  A     Except for the one in the office.
 9  Q     Did you hear the words though?
10  A     No.
11  Q     Your knowledge of what Patricelli said comes from
12        John; correct?
13  A     Correct.  And I got to be honest with you, he didn't
14        really tell me at first what happened.  But I knew
15        something bad happened because his whole demeanor
16        changed and it looked like somebody died in his
17        family.
18  Q     And you tried to prod him; correct?
19  A     Correct.
20  Q     Did you ever have to testify against Patricelli in
21        any other criminal matters that were brought against
22        him?
23  A     No.
24  Q     Did anybody come to you to give a statement with
```

1          respect to the claim against Patricelli that he used

2          the E-Justice System?

3    A    No.

4                    MR. MARTIN:  Okay.  That's all I have.

5              Thanks.

6                    MR. SORSBY:  All right.  Well, we are done

7              for the day.  We appreciate it.

8                    MR. MARTIN:  Thanks for coming in.

9                              - - -

10             (Whereupon, at 2:37 p.m. the examination of

11             SCOTT RYAN in the above-entitled matter was

12             concluded.)

13                             - - -

14             (Exhibit was retained by counsel for

15             plaintiff.)

16

17

18

19

20

21

22

23

24

C E R T I F I C A T I O N

1

2

3     I, DIANE DALY-GAGE, a Shorthand Reporter and Notary

4 Public within and for the State of New York, do hereby

5 CERTIFY that prior to being examined, the witness named

6 in the foregoing deposition was duly sworn to testify the

7 truth, the whole truth and nothing but the truth.

8     That said deposition was taken down by me in

9 shorthand at the time and place therein named and

10 thereafter reduced by me to typewritten form and that the

11 same is a  true, correct and complete of said

12 proceedings.

13     Before completion of the deposition, review of the

14 transcript was required.  If requested, any changes made

15 by the deponent (and provided to the reporter) during the

16 period allowed are appended hereto.

17     I further certify that I am not interested in the

18 outcome of this matter.

19     Witness my hand this _____ day of _____,

20 2015.

21

22                          _____

23                          DIANE DALY-GAGE

24

<u>CERTIFICATE OF OATH</u>

STATE OF NEW YORK   )

COUNTY OF          )

     I, Scott Ryan, hereby certify that I have read the transcript of my testimony taken under oath; that the transcript is a true and complete record of what was asked, answered, and said during the examination in the above matter, and that the answers in this transcript, as given by me, are true and correct, except for the changes and/or corrections indicated on the Errata Sheet attached hereto.

                  _____

                      SCOTT RYAN

Subscribed and sworn to
before me this_____ day
of _____, 2015

_____

         Notary Public

```
 1  ERRATA SHEET FOR THE TRANSCRIPT OF:

 2  Case name:   John Gorman v. Rensselaer County, et al
    Dep. Date:   September 24, 2015
 3  Deponent:    Scott Ryan
    Place:       Albany, New York
 4

 5  CORRECTIONS

 6  PAGE         LINE       CHANGE FROM:              CHANGE TO:

 7  _____      _____      _____         _____

 8  _____      _____      _____         _____

 9  _____      _____      _____         _____

10  _____      _____      _____         _____

11  _____      _____      _____         _____

12  _____      _____      _____         _____

13  _____      _____      _____         _____

14  _____      _____      _____         _____

15  _____      _____      _____         _____

16  _____      _____      _____         _____

17  _____      _____      _____         _____

18  _____      _____      _____         _____

19  _____      _____      _____         _____

20     Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts state in it are
21  true.

22  _____

23  Date                    Signature

24
```

```
 1                        INDEX

 2

 3   WITNESS                                    PAGE

 4    SCOTT RYAN

 5         BY:  PATRICK SORSBY, ESQ.            4

 6         BY:  KEVIN G. MARTIN, ESQ.          35

 7

 8   ERRATA SHEET                              52

 9   EXHIBIT LIST                              53

10   REPORTER'S CERTIFICATE                    50

11   REQUEST FOR PRODUCTION                    --

12   WITNESS CERTIFICATE OF OATH               51

13

14

15

16                       EXHIBITS

17   PLAINTIFF'S
     EXHIBIT NO.           IDENTIFICATION      PAGE
18
     Exhibit 5      Letter to Gorman from Hendry
19                  dated 3/25/13              21

20

21

22

23

24
```

**'**
'12 [1]  6/18

**1**
10 [1]  2/8
10th [1]  6/3
11/5 [2]  39/2 39/4
12205 [1]  2/4
13 [3]  15/18 28/8 53/19
13501 [1]  2/9
14 [2]  28/2 31/22
1568 [1]  1/15
1569 [1]  2/3
1717 [7]  8/4 8/7 8/20 19/21 20/9 44/21 46/8
1750 [2]  8/1 8/6
18 [1]  37/5
1988 [1]  6/3
1990 [1]  6/7
1:14-cv-434 [1]  1/5
1:33 [1]  1/16

**2**
2012 [7]  6/16 6/19 7/3 28/7 28/7 39/3 45/4
2012/2013 [1]  42/16
2013 [2]  6/14 42/16
2015 [4]  1/14 50/20 51/20 52/2
21 [1]  53/19
21st [1]  39/3
24 [1]  52/2
24th [1]  1/14
25 [2]  20/24 26/13
2:37 [1]  49/10

**3**
3/25/13 [1]  53/19
30 [2]  10/8 10/18
315.507.3765 [1]  2/9
31st [1]  53/12
35 [1]  53/6

**4**
40 [1]  43/17
421 [1]  2/8
434 [1]  1/5

**5**
50 [2]  46/5 53/10
51 [1]  53/12
518.545.4529 [1]  2/4
52 [1]  53/8
53 [1]  53/9
56 [1]  28/8

**6**
62 [1]  42/14

**7**
73 [1]  34/1
75 [1]  34/1

**A**
A-line [1]  28/6
able [1]  21/7
about [49]  4/5 4/18 5/19 6/8 6/16 9/17 9/18 10/22 11/5 11/6 11/16 12/1 14/11 19/16 20/11 20/15 21/4 21/6 23/1 28/8 32/16 35/19 38/14 38/18 38/22 38/23 39/6 39/15 39/18 40/15 40/18 41/5 42/10 42/11 42/12 42/12 42/13 43/12 43/15 44/18 45/11 45/17 45/18 46/9 46/18 47/1 47/5 47/19 47/20
above [2]  49/11 51/10

above-entitled [1]  49/11
Absence [1]  45/11
access [1]  16/1
accommodation [1]  28/16
acting [1]  28/5
action [1]  37/2
actual [1]  27/17
actually [9]  4/23 16/17 19/21 20/10 21/16 23/20 34/23 40/5 42/8
addition [2]  15/12 29/6
administration [3]  27/5 28/14 28/19
administrative [7]  26/4 27/14 27/16 27/18 27/19 29/7 40/14
advise [1]  30/14
after [17]  9/3 18/4 18/4 19/5 19/15 19/23 21/1 22/21 30/23 37/5 42/21 45/7 45/10 45/10 45/16 47/10 47/16
afternoon [3]  21/19 30/6 33/1
afterwards [3]  21/19 30/6 33/1
again [7]  7/2 20/13 32/18 32/21 46/13 47/7 47/18
against [8]  1/5 32/24 41/24 43/21 43/22 48/20 48/21 49/1
ago [1]  11/18
agree [2]  36/21 45/15
AGREED [3]  3/3 3/7 3/11
agreement [1]  36/11
ahead [1]  8/14
air [1]  25/19
al [1]  1/8
Albany [4]  1/15 2/4 5/14 52/3
all [43]  3/7 5/13 8/21 9/17 10/15 11/12 12/12 13/5 15/24 16/11 16/20 17/4 17/13 17/21 19/8 20/14 21/3 22/24 23/4 26/14 27/19 27/23 28/21 29/3 29/14 30/7 30/10 31/15 32/6 34/15 34/22 35/8 35/9 35/12 38/16 39/14 41/10 44/7 45/6 45/11 47/6 49/4 49/6
allegation [1]  18/23
allegations [1]  20/16
allowed [2]  37/4 50/16
almost [2]  9/13 47/9
along [1]  41/11
already [2]  20/22 27/10
also [5]  2/12 12/14 20/9 25/24 43/9
altercations [1]  43/20
always [6]  14/19 15/2 15/21 21/10 30/19 44/14
am [2]  6/12 50/17
amongst [1]  3/3
anymore [2]  17/1 20/14
and/or [1]  51/12
another [2]  25/15 43/21
answer [3]  4/15 16/15 43/8
answered [2]  8/7 51/9
answering [1]  4/22
answers [2]  4/19 51/10
ANTHONY [3]  1/7 7/4 32/24
any [26]  3/12 5/1 11/1 11/1 11/15 12/20 13/23 15/5 15/11 15/19 16/2 20/16 28/10 28/11 28/14 28/18 30/14 36/10 40/1 43/20 46/17 46/18 46/21 48/5 48/21 50/14
anybody [4]  10/22 31/12 34/8 48/24
anymore [2]  21/9
anyplace [1]  21/9
anything [9]  5/14 14/5 14/16 30/13 36/23 41/19 41/20 44/15 47/7 48/15
anywhere [3]  16/3 21/9 32/13
APPEARANCES [1]  2/1
appended [1]  50/16
appreciate [1]  49/7
are [34]  3/5 4/7 4/8 4/13 5/5 6/11 8/12 8/22 9/5 9/11 12/24 16/23 18/2 19/21 19/24 24/11 30/3 32/6 32/10 32/23 33/24 34/4 34/6 38/14 41/14 43/19

43/23 43/24 47/9 47/12 49/6 50/16
argument [1]  39/23
around [9]  6/24 11/13 12/4 12/7 12/12 17/9 30/9 40/3 40/5
arrest [1]  5/13
arrested [1]  33/21
as [34]  3/8 3/13 4/4 5/23 6/4 9/7 9/7 10/12 10/16 14/13 15/12 15/19 17/4 19/19 20/15 21/18 21/24 22/4 22/22 23/2 23/19 23/23 23/24 25/20 26/1 26/6 26/6 29/3 33/16 33/17 34/8 36/11 36/15 51/10
ask [14]  4/14 4/21 8/24 14/4 14/7 14/11 20/14 21/2 21/15 23/5 34/6 43/7 45/11 47/7
asked [8]  8/12 16/11 20/10 20/19 34/24 35/1 47/18 51/9
asking [4]  17/19 19/16 38/24 46/8
aspects [1]  19/8
assess [1]  17/23
assessment [1]  17/23
assigned [5]  7/20 16/4 31/17 31/17 39/10
assume [1]  40/24
assuming [2]  6/24 40/23
attached [2]  24/2 51/12
attain [1]  6/6
attention [1]  6/15
attorneys [1]  3/4
autumn [1]  7/2
auxiliaries [1]  28/8
auxiliary [3]  26/19 36/3 38/20
Avenue [2]  1/15 2/3
aware [8]  12/24 15/10 30/3 30/5 32/6 32/10 32/15 32/23
away [1]  10/23
awhile [1]  18/8

**B**
back [7]  13/9 14/23 17/1 20/9 20/12 32/1 44/16
background [2]  5/4 6/8
bad [3]  17/14 45/17 48/15
bar [2]  10/9 10/14
bars [1]  13/20
based [3]  25/8 26/12 37/22
basically [3]  8/15 29/17 29/19
be [51]  3/9 3/12 5/14 6/2 6/23 6/24 7/1 7/24 8/22 11/17 11/22 13/23 17/5 17/15 18/7 18/7 18/8 18/12 20/23 21/9 22/7 22/12 23/19 23/21 24/2 24/6 24/13 24/21 25/7 25/11 25/12 25/24 26/24 27/12 28/24 29/18 30/23 32/2 32/17 33/4 34/5 34/17 36/2 36/4 36/12 37/5 38/10 43/7 43/13 47/16 48/13
beat [1]  41/18
became [1]  43/3
because [33]  4/15 7/18 7/20 8/9 8/21 9/2 13/21 14/17 17/7 20/22 24/4 24/20 25/16 26/3 31/12 32/4 32/13 34/23 35/3 36/2 37/15 37/17 38/5 38/5 41/3 41/5 41/7 43/3 44/11 44/14 44/14 47/15 48/15
been [28]  4/3 4/11 5/16 9/2 9/3 10/4 11/13 17/18 17/20 20/23 21/1 21/24 22/4 22/22 23/2 23/22 27/2 33/17 33/18 33/22 34/5 35/2 35/8 40/6 40/23 45/7 45/9 47/23
before [24]  1/12 1/16 3/12 3/14 4/11 5/20 9/18 10/4 26/14 26/17 27/8 30/15 32/12 33/12 37/7 37/10 37/13 40/6 40/7 40/8 40/9 41/5 50/13 51/19
beforehand [1]  47/6
Beginning [1]  45/3

## B

**BEHALF [2]** 2/2 2/7
**behavior [1]** 17/4
**behind [1]** 30/22
**being [4]** 27/7 28/23 42/16 50/5
**believe [18]** 7/17 8/8 9/9 9/12 9/14 10/11 10/21 23/18 26/23 27/6 27/22 28/9 28/22 33/24 37/3 39/5 40/21 44/9
**best [1]** 25/9
**between [1]** 9/19
**bit [3]** 9/17 18/21 21/6
**blamed [2]** 10/1 12/14
**Bloods [1]** 43/23
**bomb [1]** 10/6
**book [4]** 27/13 27/15 36/3 38/8
**booking [3]** 7/13 7/13 29/10
**both [3]** 6/14 38/9 38/11
**bother [1]** 16/8
**break [4]** 5/1 12/14 30/4 34/17
**brief [1]** 21/13
**Broad [1]** 2/8
**broke [1]** 12/10
**brought [1]** 48/21
**building [5]** 31/16 31/17 31/18 39/9 44/3
**bullying [1]** 18/20
**business [1]** 20/24

## C

**C-line [1]** 28/3
**call [12]** 7/4 9/18 19/4 19/15 20/17 20/24 28/23 29/24 30/24 37/23 44/19 47/20
**called [13]** 7/22 8/18 9/11 11/20 19/5 19/11 22/21 30/3 35/5 36/8 41/6 45/18 46/7
**calling [5]** 19/22 19/24 20/7 47/10 47/12
**came [2]** 14/4 31/1
**campaign [3]** 41/17 41/22 42/3
**campus [1]** 5/11
**can [21]** 6/8 9/17 10/23 13/21 15/3 16/2 16/17 17/19 18/21 19/12 21/5 24/16 25/9 37/23 41/12 42/10 43/19 45/2 46/1 47/7 47/17
**can't [4]** 4/16 11/17 25/18 43/8
**capacity [2]** 5/22 34/8
**Captain [4]** 38/16 38/18 39/6 39/12
**captured [1]** 39/15
**car [2]** 31/21 31/22
**carpet [1]** 45/18
**case [11]** 1/5 19/7 19/9 23/20 24/4 25/21 30/22 42/12 42/13 42/14 52/2
**cases [1]** 41/19
**caught [4]** 9/23 10/1 12/9 41/2
**Central [2]** 1/15 2/3
**CERTIFICATE [3]** 51/1 53/10 53/12
**certifications [1]** 3/5
**certify [3]** 50/5 50/17 51/6
**chain [1]** 15/3
**challenging [1]** 41/20
**chance [1]** 40/2
**CHANGE [2]** 52/6 52/6
**changed [2]** 8/10 48/16
**changes [2]** 50/14 51/11
**charge [3]** 7/12 17/21 26/17
**charging [1]** 25/14
**cheating [6]** 9/23 10/2 12/1 12/8 12/9 41/2
**check [7]** 13/6 14/23 16/9 16/9 16/10 31/9 31/13
**checked [1]** 14/4
**checking [6]** 13/3 13/18 13/23 14/17 16/14 31/12
**City [1]** 43/18
**civil [3]** 1/5 33/23 34/1

**claim [1]** 49/1
**clarification [1]** 32/13
**clarify [1]** 34/23
**classification [1]** 7/13
**clean [1]** 42/4
**clear [1]** 4/20
**close [1]** 6/23
**closed [1]** 21/1
**combination [1]** 29/9
**come [12]** 12/17 13/6 14/23 16/22 17/1 17/12 18/2 18/14 26/22 30/17 32/1 48/24
**comes [1]** 48/11
**coming [5]** 4/9 16/8 16/19 27/3 49/8
**command [1]** 15/3
**commander [3]** 26/20 28/3 28/4
**commencing [1]** 1/16
**common [2]** 12/3 30/11
**complaint [2]** 19/17 46/9
**complaints [3]** 28/20 46/19 47/1
**complete [2]** 50/11 51/8
**completion [1]** 50/13
**concluded [1]** 49/12
**conclusion [2]** 19/13 33/19
**conducted [1]** 1/13
**conference [1]** 8/3
**confessions [1]** 46/21
**confirm [1]** 38/2
**contact [2]** 17/12 18/2
**context [1]** 31/4
**continue [2]** 14/23 42/20
**continuous [1]** 10/6
**continuously [1]** 10/1
**conversation [7]** 7/7 7/8 8/23 18/15 18/22 32/16 38/21
**conversations [3]** 9/4 12/20 46/22
**convicted [2]** 33/21 33/22
**copies [1]** 21/19
**copy [1]** 8/20
**correct [42]** 4/18 6/5 9/6 12/16 14/15 19/17 19/18 22/23 24/14 25/23 27/9 29/2 31/6 32/8 32/9 32/22 33/8 33/10 35/7 38/5 40/22 41/15 41/23 42/1 42/2 42/18 44/5 44/6 44/22 45/1 45/8 45/19 45/20 46/10 46/11 48/7 48/12 48/13 48/18 48/19 50/11 51/11
**corrections [1]** 6/4 42/21 51/12 52/5
**could [2]** 36/24 43/15
**couldn't [3]** 16/15 17/12 38/10
**counsel [1]** 49/14
**counseling [3]** 23/13 23/21 37/3
**county [2]** 1/6 1/7 1/8 5/18 13/18 23/14 29/11 34/3 41/14 51/4 52/2
**couple [2]** 35/4 35/8
**courses [1]** 28/11
**court [1]** 1/1 3/14 31/20 43/18
**courts [2]** 5/13 29/10
**coworker [1]** 10/10
**criminal [1]** 48/21
**Crips [1]** 43/23
**currently [1]** 5/5
**cv [1]** 1/5

## D

**DA's [2]** 29/10 31/20
**Daly [3]** 1/16 50/3 50/23
**Daly-Gage [2]** 1/16 50/3 50/23
**date [7]** 6/1 6/3 8/19 39/4 47/16 52/2 52/23
**dated [1]** 53/19
**dates [1]** 6/24
**Dave [4]** 11/5 11/6 11/15 40/18
**day [33]** 1/14 6/1 12/19 13/12 13/13 13/18 13/22 14/4 14/17 14/24 15/1 16/8 16/16 16/19 16/23 16/24 17/5 19/11

26/7 26/7 28/4 29/12 29/16 29/17 29/24 30/16 31/9 31/22 32/2 46/24 47/7 50/19 51/19
**day-to-day [1]** 26/7
**days [2]** 10/8 10/18
**deal [1]** 41/6
**declare [1]** 52/20
**dedicated [1]** 21/10
**Defendants [2]** 1/10 2/7
**demeanor [2]** 8/10 48/15
**Dep [1]** 52/2
**department [6]** 5/21 8/22 23/10 23/16 25/2 27/24
**departments [1]** 26/1
**depends [2]** 28/11 40/12
**deponent [2]** 50/15 52/3
**deposition [6]** 3/12 4/11 24/10 50/6 50/8 50/13
**depth [1]** 30/21
**description [1]** 32/2
**desk [1]** 8/2
**detail [2]** 32/7 32/7
**developed [1]** 27/8
**Diane [1]** 1/16 50/3 50/23
**did [80]**
**didn't [16]** 7/8 11/22 15/8 20/6 22/13 24/21 25/16 30/21 33/6 37/16 37/20 38/1 44/14 48/3 48/5 48/13
**die [2]** 8/13 8/16
**died [3]** 8/8 44/24 48/16
**different [1]** 28/22
**differently [1]** 26/8
**direct [1]** 41/7
**Directing [1]** 6/15
**directly [1]** 15/8
**disability [1]** 28/15
**disagree [1]** 36/21
**disagrees [1]** 37/1
**disciplinary [1]** 37/2
**discuss [1]** 19/2 19/3
**discussion [3]** 39/5 39/8 39/14
**discussions [1]** 46/17
**distributed [1]** 27/11
**DISTRICT [2]** 1/1 1/1
**Division [1]** 7/11
**do [65]**
**document [12]** 17/23 22/3 23/6 23/9 23/12 24/2 25/13 37/7 37/10 37/11 38/10 52/20
**documentation [2]** 25/7 26/11
**does [3]** 10/2 25/1 25/6
**doesn't [6]** 12/22 40/12 41/3 41/4 45/15 45/15
**doing [6]** 7/15 14/7 14/18 17/14 21/4 45/16
**don't [36]** 4/20 4/21 6/24 8/17 8/24 9/12 10/22 11/19 16/15 17/1 18/7 18/8 20/24 23/8 25/15 27/1 27/12 27/22 32/16 33/4 33/24 36/2 37/12 37/16 38/24 39/19 39/22 40/3 40/10 41/6 41/11 43/5 43/14 43/20 45/9 45/24
**done [7]** 5/14 19/23 21/12 26/4 41/18 47/11 49/6
**door [2]** 16/17 16/20
**doorway [1]** 13/8
**down [6]** 8/13 8/20 10/3 26/2 26/13 50/8
**draw [1]** 33/19
**drew [1]** 19/13
**duly [2]** 4/3 50/6
**Dunham's [1]** 32/14
**during [2]** 50/15 51/9
**Dutchess [1]** 29/11
**duties [2]** 7/21 31/19

56

## E

earlier [1] 22/9
early [1] 44/17
educational [1] 6/8
effect [3] 3/13 17/2 32/13
eight [2] 29/16 31/23
eight-hour [1] 29/16
either [1] 24/9
elaborate [1] 11/21
election [1] 41/19
else [2] 10/3 47/17
employed [1] 5/5
employee [6] 33/14 33/15 33/16 34/4
36/11 37/1
employee's [3] 36/8 36/13 36/18
employees [2] 34/6 36/22
employment [1] 23/18
end [3] 6/1 8/3 17/14
enemies [1] 43/19
enough [3] 14/22 21/3 41/1
ensure [1] 25/21
entailed [1] 29/9
entitled [2] 33/22 49/11
Errata [3] 51/12 52/1 53/8
escape [2] 43/24 44/1
ESQ [4] 2/5 2/10 53/5 53/6
estimate [1] 46/1
et [1] 52/2
even [8] 8/17 46/15
events [1] 37/21
ever [9] 13/3 35/23 36/15 38/18 44/15
46/12 46/17 46/21 48/20
every [26] 9/7 12/19 13/12 13/13 13/18
13/22 14/4 14/17 14/24 15/1 16/8 16/16
16/19 16/23 16/24 17/5 17/11 17/17
18/1 29/12 29/16 29/24 31/18 31/21
42/20 42/24
everybody [4] 12/4 12/7 19/9 20/6
everyday [1] 30/20
everything [2] 10/3 14/20
evidence [1] 19/7
exact [3] 7/1 18/8 47/9
exactly [2] 20/11 47/4
examination [5] 1/12 4/5 35/16 49/10
51/9
examined [2] 4/4 50/5
examines [1] 22/3
excellent [1] 33/15
except [5] 3/8 9/9 34/12 48/8 51/11
EXECUTIVE [1] 1/8
exhibit [18] 21/18 21/19 21/21 22/1 22/5
22/22 22/3 23/24 26/16 35/19 36/6 36/7
37/14 39/16 49/14 53/9 53/17 53/18
Exhibit 1 [1] 23/24
Exhibit 5 [2] 21/19 22/5
EXHIBITS [1] 53/16
experience [3] 26/12 26/13 36/22
explain [4] 17/19 25/9 30/18 36/1
explained [2] 30/17 47/21
explaining [1] 28/22
extension [8] 8/2 8/4 8/20 19/21 20/9
44/19 44/21 46/8
extent [2] 4/19 27/6
extradition [1] 7/14

## F

facility [1] 9/5
fact [2] 27/1 37/24
facts [3] 10/12 26/10 52/20
failed [2] 18/4 38/19
fair [4] 21/3 41/1 41/10 42/15
fall [1] 7/3
familiar [5] 4/14 6/11 24/11 33/24 34/4
family [5] 8/9 8/13 8/16 44/23 48/17

## far [2] 9/7 26/6
few [1] 16/4
fighting [1] 44/11
file [3] 36/13 36/24 37/4
filing [1] 3/5
findings [1] 18/19
finished [1] 43/14
fired [1] 47/24
first [6] 4/3 10/8 20/4 32/6 35/20 48/14
firsthand [1] 25/8
five [1] 34/17
five-minute [1] 34/17
follow [2] 13/1 46/13
follow-up [1] 46/13
followed [1] 26/5
follows [1] 4/4
force [2] 3/13 39/24
foregoing [2] 50/6 52/20
form [5] 3/8 28/21 33/12 36/15 50/10
Four [1] 40/8
friends [1] 43/3
fruitless [1] 20/22
further [4] 3/7 3/11 35/12 50/17

## G

Gage [3] 1/16 50/3 50/23
gang [10] 17/8 17/8 17/10 17/11 17/21
17/22 18/2 43/10 43/12 43/22
gangs [1] 17/9
gave [2] 29/19 34/24
get [22] 5/4 8/20 10/23 11/23 16/17
17/24 18/1 19/15 20/9 20/12 21/18
22/13 31/8 32/2 32/11 32/12 32/23
41/11 44/12 44/13 45/18 47/14
getting [2] 7/18 10/1
girlfriend [2] 9/24 41/2
give [5] 4/13 17/10 17/13 18/4 23/15
28/10 48/24
given [6] 24/6 24/15 24/16 24/18 25/6
51/11
giving [1] 25/12
go [7] 13/9 20/7 20/16 32/4 38/1 45/16
45/17
goes [2] 24/7 24/22 30/15 32/12 37/4
41/8 45/12
going [24] 4/13 7/20 12/7 12/12 14/20
16/12 21/15 21/24 25/11 25/12 25/13
30/9 30/15 30/22 31/13 34/6 34/16
34/22 37/15 37/17 38/5 42/4 45/11
47/16
gone [1] 36/15
good [9] 4/7 4/8 4/9 4/24 6/2 21/8 22/24
33/13 39/5
GORMAN [65]
Gorman's [11] 9/24 12/1 12/7 12/9 12/13
15/6 19/7 30/22 42/12 46/9 48/1
got [17] 6/23 8/11 9/23 10/8 12/9 15/24
19/23 20/23 22/10 31/16 33/20 41/2
41/6 41/18 46/12 47/11 48/13
GPS [2] 15/24 16/1
Graduated [1] 6/9
grievance [1] 37/1
guess [1] 43/6
guessing [2] 37/22 37/23
gun [5] 10/5 10/7 11/2 39/10 39/11
guy [2] 10/5 17/8
guys [1] 17/15

## H

had [32] 9/18 15/18 15/24 16/1 17/7
17/9 17/17 18/7 18/14 22/9 22/13 22/15
26/4 27/13 29/11 29/13 30/17 31/19
31/21 31/22 32/16 32/23 33/12 34/12
35/1 35/1 35/2 38/7 38/19 44/1 44/23
45/6

## half [3] 5/19 28/5 40/24
handed [2] 37/19 37/20
handler [1] 28/2
happen [4] 8/15 17/16 40/10 43/16
happened [15] 7/24 8/10 10/13 20/10
20/15 20/20 20/21 27/8 30/12 30/24
35/9 45/19 47/21 48/14 48/15
happening [1] 40/4
happens [1] 19/10
harassed [1] 28/23
hard [1] 21/10
has [4] 18/18 21/1 32/11 35/13
hate [1] 47/7
hats [1] 29/12
have [47] 4/11 4/15 5/16 8/1 8/1 8/2
11/15 12/20 13/23 14/20 15/5 15/16
17/18 18/17 23/5 23/6 24/6 24/9 24/21
25/7 25/17 26/10 26/10 31/8 31/8 31/19
32/3 32/4 33/16 34/8 35/12 36/1 36/15
36/19 38/11 38/21 39/5 39/13 39/14
43/7 43/20 46/17 46/21 48/20 49/4 51/6
52/20
haven't [1] 40/23
having [5] 4/3 9/2 18/22 26/19 28/15
he [136]
he'd [3] 20/9 20/12 32/3
he'll [1] 45/16
he's [26] 9/2 10/3 10/4 10/21 10/21
14/17 14/18 14/19 14/20 17/8 17/21
17/22 21/4 21/8 21/9 24/8 24/22 30/15
30/19 32/13 33/15 37/9 40/13 41/5 41/6
41/7
head [4] 4/16 10/5 10/7 11/2 18/13
39/22 40/3
hear [5] 7/7 7/8 30/8 30/13 48/9
heard [4] 11/4 11/11 11/16 20/12
hearing [1] 30/7
held [1] 1/13
help [2] 15/4 18/21
HENDRY [19] 1/8 18/10 18/15 18/22
19/2 19/16 19/21 22/8 22/10 22/21
28/23 28/24 46/7 46/18 46/22 47/4 47/8
47/9 53/18
here [5] 16/23 21/16 25/13 29/12 37/22
39/4 47/21
hereby [4] 3/3 3/5 50/4 51/6
hereto [3] 3/4 50/16 51/13
Higgit [5] 11/5 11/6 11/15 40/18 40/21
high [2] 6/10 18/3
him [49] 6/20 7/17 7/19 8/12 8/19 9/3
10/1 11/10 11/23 12/8 12/10 12/18
12/21 13/10 14/8 14/19 16/24 17/1 17/5
17/7 18/12 19/20 20/8 20/11 20/12
20/24 21/8 21/14 24/8 25/14 26/11 32/3
32/11 33/20 35/6 38/8 39/1 39/13 39/13
40/19 41/6 43/4 43/7 43/8 44/15 44/16
47/20 48/20 48/18 48/22
HIPAA [2] 42/11 42/14
his [25] 8/8 8/9 9/24 11/9 12/19 13/9
16/12 17/24 18/19 21/6 21/10 22/11
26/19 29/24 30/4 30/15 31/9 33/20 35/3
35/6 38/2 41/24 42/23 48/15 48/16
history [1] 44/1
Hm [1] 32/20
Hm-hum [1] 32/20
hold [1] 9/12
holds [1] 9/15
home [2] 31/21 31/22
honest [15] 7/1 11/17 11/22 18/7 18/8
21/9 27/1 27/12 29/18 30/23 32/17 33/4
34/5 43/7 48/13
hospital [1] 32/5
hour [2] 29/16
hours [1] 31/23

**H**

**house [4]** 33/20 35/3 35/6 48/1
**how [21]** 4/7 4/8 5/16 5/18 6/13 7/22
9/10 11/6 11/8 11/24 12/2 16/12 17/20
18/6 19/2 19/3 26/6 27/23 33/24 39/18
45/21
**HR [1]** 18/18
**Hudson [1]** 6/9
**hum [1]** 32/20
**HUMAN [3]** 1/7 18/13 22/8
**hunt [5]** 30/19 30/20 31/2 32/19 45/23
**hunts [2]** 41/8 45/12

**I**

**I'd [3]** 21/8 25/17 32/3
**I'll [2]** 23/5 37/23
**I'm [30]** 4/13 5/11 6/23 9/13 11/9 15/10
17/18 21/15 21/24 25/9 25/11 25/12
25/13 25/14 31/17 31/17 34/16 34/22
37/15 37/17 38/5 39/4 39/10 42/4 42/11
42/12 42/13 43/17 44/2 47/7
**I've [2]** 4/23 20/23
**idea [1]** 18/17
**identification [2]** 21/22 53/17
**incident [6]** 18/20 25/10 30/5 38/22 39/6
39/15
**incidents [5]** 10/19 11/1 11/1 29/20
29/22
**including [1]** 47/24
**INDEX [1]** 53/1
**indicate [1]** 4/21
**indicated [9]** 9/4 9/19 22/15 33/12 35/1
45/6 47/4 47/23 51/12
**indicates [2]** 36/10 36/11
**individual [1]** 30/14
**individuals [2]** 15/12 28/15
**information [1]** 35/1
**informational [1]** 24/11
**injuries [1]** 34/13
**injury [1]** 31/13
**inmates [1]** 44/11
**inquire [3]** 14/13 15/19 15/21
**inquired [1]** 14/18
**instruction [1]** 28/14
**instructions [1]** 4/13
**interactions [1]** 9/19
**interested [1]** 50/17
**interview [3]** 17/22 19/24 47/12
**interviewed [3]** 19/8 19/8 20/6
**investigated [1]** 20/5
**investigating [1]** 20/4
**investigation [2]** 21/1 22/11
**involved [3]** 16/13 19/9 29/4
**involving [1]** 23/6
**is [72]**
**it [92]**
**it's [23]** 6/23 9/12 9/13 11/13 13/20
14/21 16/20 19/20 20/21 22/8 23/13
23/14 25/6 25/8 27/2 30/20 34/1 34/5
35/8 37/5 41/18 44/17 47/16

**J**

**JACK [1]** 1/6
**jail [16]** 7/5 9/5 11/12 11/13 12/19 17/21
27/11 28/21 30/9 31/18 31/23 35/21
40/11 40/21 42/16 45/22
**jaw [1]** 30/4
**JIMINO [1]** 1/8
**job [15]** 7/17 15/13 17/24 21/6 21/10
21/12 28/16 29/8 29/9 29/15 31/19 32/2
33/23 43/2 44/12
**JOHN [30]** 1/2 2/13 6/11 6/13 8/7 9/21
9/24 10/1 12/11 13/2 13/15 14/12 14/14
19/6 19/7 19/23 23/12 25/10 26/9 29/19

**30/17 30/21 31/19 33/1 37/20 40/6**
**judge [2]** 8/6 44/20
**judges [1]** 32/4
**just [41]** 4/18 4/20 6/4 8/13 8/17 9/1
10/2 10/17 10/22 11/16 11/20 12/17
13/2 13/8 13/16 15/3 16/1 16/16 19/10
20/11 20/20 21/15 22/20 22/24 24/1
24/15 26/12 29/24 29/24 29/24 30/19
32/18 34/22 34/23 35/4 35/9 37/22
39/13 47/5 47/11 47/21
**Justice [1]** 49/2

**K**

**K-9 [1]** 28/2
**Karam's [1]** 42/13
**KATHLEEN [1]** 1/8
**keep [1]** 33/22
**kept [2]** 9/11 20/8
**KEVIN [10]** 2/10 10/21 11/4 11/8 11/11
39/20 39/23 40/10 40/15 53/6
**key [1]** 32/7
**keys [1]** 26/19
**kidding [5]** 19/22 20/1 20/23 47/10
47/13
**kind [5]** 20/21 24/10 26/2 34/13 44/1
**kmartin [1]** 2/10
**knew [5]** 9/18 17/6 34/6 47/20 48/14
**know [63]**
**knowledge [5]** 11/15 12/3 25/8 30/11
48/11
**knows [1]** 24/22

**L**

**landline [1]** 9/7
**law [4]** 1/14 2/3 33/21 41/19
**lawyers [1]** 32/4
**learn [3]** 31/20 32/3 43/5
**leave [7]** 31/16 31/18 32/1 34/2 34/2
34/7 40/14
**less [1]** 31/3
**let [4]** 5/1 18/21 19/12 21/18
**let's [3]** 5/4 21/4 30/11
**letter [15]** 18/18 19/5 19/10 19/23 20/5
20/22 22/8 22/10 22/11 22/13 22/14
22/18 22/20 22/24 53/18
**lied [1]** 41/5
**lieutenant [2]** 28/5 42/13
**like [16]** 10/2 12/2 12/2 14/19 16/1 20/4
24/1 24/10 29/16 40/7 43/12 44/14
44/23 45/15 47/21 48/16
**likely [3]** 38/21 39/7 39/11
**line [7]** 19/22 20/8 28/3 28/6 47/10
47/13 52/6
**list [7]** 17/10 17/11 17/13 18/1 18/1
29/15 53/9
**listen [1]** 47/15
**litigation [1]** 42/4
**little [3]** 9/17 18/21 21/6
**log [1]** 38/19
**logbook [6]** 36/5 36/6 37/7 37/13 38/2
38/20
**logical [1]** 24/24
**long [4]** 5/16 9/10 18/6 20/3
**longer [3]** 33/9 42/22 43/1
**look [13]** 13/8 13/15 13/15 13/16 13/21
14/24 16/2 21/14 22/2 24/17 26/16
35/18 38/2
**looked [3]** 38/7 44/23 48/16
**looking [3]** 8/14 14/5 39/4
**lot [3]** 32/14 34/24 46/2

**M**

**made [6]** 8/24 9/2 40/19 46/19 48/6
50/14

**MAHAR [1]** 1/6
**main [7]** 2/8 11/1 25/18 33/6
35/10 45/16
**makes [1]** 41/8
**making [2]** 25/5 25/5
**management [2]** 28/10 28/11
**MANAGER [1]** 1/7
**manual [6]** 26/4 27/18 27/19 29/6 29/7
29/13
**many [4]** 27/23 28/3 29/12 45/21
**marked [7]** 21/18 21/21 21/24 22/4
22/22 23/2 23/24
**Marshal [2]** 5/6 39/24
**Marshal's [2]** 5/12 5/16
**Marshals [1]** 29/11
**MARTIN [4]** 2/8 2/10 35/13 53/6
**martinrayhill.com [1]** 2/10
**Maselli [8]** 24/5 24/9 24/19 26/10 37/18
38/3 38/6 39/15
**matter [3]** 49/11 50/18 51/10
**matters [1]** 48/21
**may [4]** 3/12 23/5 34/3 34/3
**maybe [4]** 28/16 34/17 41/14 43/13
**me [64]**
**mean [6]** 14/17 17/18 26/16 27/4 35/4
45/14
**Meaning [1]** 12/11
**means [1]** 36/17
**medical [1]** 34/2
**meet [1]** 32/4
**members [10]** 15/16 17/8 17/9 17/11
17/22 18/3 30/8 43/10 43/13 43/22
**mentioned [1]** 27/13
**mess [1]** 42/5
**mid [1]** 25/18
**middle [1]** 36/7
**might [1]** 24/2
**might've [1]** 42/7
**mine [1]** 8/2
**minor [1]** 34/13
**minute [1]** 34/17
**MINUTES [1]** 1/12
**month [8]** 17/11 17/17 18/1 18/4 18/4
18/5 26/22 27/8
**months [1]** 37/5
**more [13]** 9/17 18/21 31/3 34/3 34/7
34/12 38/21 39/7 39/11 43/15 45/10
46/3 46/5
**Most [1]** 36/21
**Motion [1]** 4/17
**mouth [1]** 12/19
**move [2]** 39/13 43/17
**moving [2]** 17/8 43/17
**Mr [4]** 9/19 16/9 42/21 47/9
**Mr. [73]**
**Mr. Gorman [41]** 6/16 7/3 7/9 7/15 7/23
10/24 11/19 11/21 12/15 13/1 13/4
13/10 15/4 15/8 15/12 16/9 16/10 18/6
18/15 18/24 21/5 23/7 26/18 28/7 29/23
30/4 30/7 30/14 31/5 32/7 32/21 32/23
33/2 33/13 33/17 35/5 41/9 44/19 44/20
46/19 48/6
**Mr. Gorman's [4]** 12/1 15/6 46/9 48/1
**Mr. Hendry [7]** 18/15 19/2 22/21 46/18
46/22 47/4 47/8
**Mr. Higgit [1]** 40/21
**Mr. John [1]** 6/11
**Mr. Martin [1]** 35/13
**Mr. Patricelli [9]** 13/3 14/16 15/8 15/19
16/7 16/14 16/23 30/3 32/10
**Mr. Ranken [1]** 32/18
**Mr. Ryan [5]** 4/7 4/11 5/5 34/22 35/18
**Mr. Sorsby [1]** 44/18
**Mr. Sorsby's [1]** 47/3
**Mr. Thomas [1]** 18/22

## M

**MS13** [1] 43/23
**much** [1] 39/10
**must've** [1] 47/14
**my** [43] 6/1 7/10 7/10 7/17 7/21 7/24 8/2
8/2 8/3 13/16 13/21 15/13 15/21 15/24
16/2 16/17 16/20 17/14 17/17 20/4
20/20 26/13 29/8 29/9 29/15 29/18
30/24 31/19 34/10 35/13 35/19 36/22
37/12 39/22 40/3 41/3 41/13 42/23
42/23 46/7 47/9 50/19 51/7
**my job** [1] 29/9
**My understanding** [1] 46/7
**my watch** [1] 34/10

## N

**name** [2] 36/3 52/2
**named** [2] 50/5 50/9
**names** [1] 38/11
**need** [4] 5/1 43/18 43/23 44/2
**needed** [1] 21/11
**needing** [1] 28/16
**needs** [1] 5/14
**never** [9] 17/12 17/24 17/24 19/9 20/12
28/17 36/22 37/10 41/1
**NEW** [8] 1/1 1/15 1/18 2/4 2/9 50/4 51/3
52/3
**no** [59]
**nobody** [1] 34/12
**nodding** [1] 4/16
**Non** [1] 1/13
**Non-Party** [1] 1/13
**None** [2] 15/7 47/2
**Nope** [1] 46/16
**northeast** [1] 16/3
**NORTHERN** [1] 1/1
**not** [21] 4/20 8/8 11/9 12/13 15/1 15/10
18/3 23/5 25/8 26/21 31/17 33/22
37/3 37/18 38/6 38/19 44/4 46/15 48/4
50/17
**Notary** [5] 1/17 3/12 4/3 50/3 51/23
**nothing** [2] 18/20 50/7
**November** [1] 39/3
**now** [23] 6/14 10/24 11/24 12/23 13/23
14/16 16/7 18/6 18/10 19/24 20/7 21/5
22/9 23/5 23/15 23/18 23/23 26/14
29/20 30/3 31/10 41/14 41/22
**number** [2] 37/8 47/24
**numerous** [1] 10/4

## O

**oath** [3] 51/1 51/7 53/12
**Objection** [1] 37/9
**objections** [1] 3/8
**observe** [8] 13/3 13/10 21/7 24/21 25/11
25/17 37/20 48/3
**observed** [8] 12/18 24/5 24/18 25/11
25/14 37/18 38/6 38/9
**obvious** [1] 17/19
**occasion** [1] 10/17
**occasions** [1] 10/16
**occur** [1] 40/1
**occurred** [1] 18/20
**occurrence** [1] 30/20
**October** [5] 6/1 6/3 6/16 45/3 45/3
**October 10th** [1] 6/3
**October 2012** [1] 6/16
**October 31st** [1] 6/1
**off** [3] 8/11 39/22 40/3
**offense** [5] 24/4 24/18 37/17 38/6 39/4
**office** [41] 1/14 2/3 5/8 5/12 5/15 5/16
5/18 7/10 7/10 7/15 7/23 7/24 8/1 8/3
11/9 13/4 13/9 13/16 13/18 13/21 13/24
14/24 16/8 16/17 16/19 17/5 29/10

**office** [6] 5/11 6/4 17/21 25/4 35/23
42/21
**offices** [1] 28/22
**often** [1] 17/16
**Oh** [1] 16/19
**okay** [53] 5/4 6/11 6/15 6/21 7/7 7/19 8/5
8/12 9/4 9/7 9/22 10/12 10/19 11/11
11/19 11/24 12/20 12/23 13/10 13/18
15/11 15/23 16/7 16/22 18/10 19/19
22/15 23/23 24/17 26/12 27/3 27/6
28/18 30/3 30/13 31/24 33/12 33/16
35/8 36/1 36/6 36/24 37/6 38/9 39/20
40/7 40/10 40/15 41/19 42/15 43/9 46/7
49/4
**once** [1] 14/7
**one** [8] 24/1 33/5 34/23 37/8 42/3 43/18
43/21 48/8
**only** [6] 11/4 12/13 31/13 37/4 37/10
37/19
**open** [1] 13/20
**operation** [1] 26/7
**opinion** [1] 33/16
**optimal** [1] 34/3
**oral** [9] 23/13 23/13 23/21 23/21 23/23
25/5 25/6 37/3 37/4
**order** [1] 32/23
**other** [27] 8/3 10/15 10/19 10/20 10/24
11/1 11/3 15/11 15/12 15/16 15/19
16/11 16/13 21/15 24/2 29/20 29/21
30/7 30/8 30/14 44/21 45/21 46/17
46/18 46/21 46/22 48/21
**others** [1] 12/18
**our** [2] 26/3 32/2
**out** [15] 5/14 10/9 10/14 20/22 25/18
26/5 34/2 34/7 34/12 34/14 37/5 39/9
39/11 41/6 47/12
**outcome** [1] 50/18
**outside** [6] 11/9 16/17 16/20 31/19
31/21 44/3
**over** [7] 7/17 7/21 11/12 28/21 36/15
39/23 41/22
**over when** [1] 39/23
**overhear** [1] 48/5
**overseeing** [1] 15/5
**own** [4] 17/17 29/18 30/16 38/2

## P

**P-R-O-C-E-E-D-I-N-G-S** [1] 4/1
**P.C** [1] 2/8
**p.m** [2] 1/16 49/10
**page** [4] 24/1 52/6 53/3 53/17
**paper** [1] 40/13
**part** [2] 7/7 44/17
**particular** [1] 14/6
**parties** [1] 3/4
**Party** [1] 1/13
**past** [2] 21/11 44/2
**PATRICELLI** [53] 1/7 7/4 7/22 8/17 9/1
9/20 9/23 11/2 11/14 11/20 11/21 11/24
12/2 12/6 12/14 12/21 12/23 12/24 13/3
14/10 14/16 14/22 15/5 15/8 15/19 16/7
16/14 16/23 29/20 29/22 30/3 30/18
31/2 32/10 32/19 32/24 33/18 35/2 35/5
39/21 40/16 40/19 41/1 42/9 43/14 44/4
45/6 45/22 47/23 48/6 48/11 48/20 49/1
**Patricelli's** [1] 9/3
**PATRICK** [5] 1/7 1/15 2/3 2/5 53/5
**patrol** [1] 29/10
**pause** [2] 20/3 21/13
**Peace** [1] 5/11
**penalties** [1] 52/20
**people** [11] 10/4 10/20 12/13 26/7 27/23

**performance** [3] 30/15 31/9 41/8 41/9 43/17 45/21
**period** [1] 50/16
**perjury** [1] 52/20
**permission** [2] 32/12 32/12
**person** [9] 8/11 25/6 25/11 25/12 25/18
28/24 31/13 34/1 46/15
**personal** [1] 10/2
**personally** [1] 6/14
**personnel** [1] 36/13
**phone** [21] 7/4 7/8 8/3 8/6 8/7 8/9 8/11
8/18 8/23 9/4 9/15 9/18 19/5 19/20 20/3
20/17 29/24 30/24 44/18 44/20 47/20
**phones** [2] 8/1 8/21
**physical** [1] 43/20
**pipeline** [1] 41/7
**place** [4] 10/3 45/2 50/9 52/3
**placed** [1] 36/12
**plaintiff** [3] 1/4 2/2 49/15
**Plaintiff's** [6] 21/21 22/1 23/3 23/24
35/19 53/17
**platforms** [1] 42/3
**players** [1] 43/24
**please** [1] 17/1
**PLLC** [1] 2/3
**plus** [1] 28/8
**point** [6] 9/23 14/18 28/24 33/3 33/5
33/9
**policies** [1] 26/3 27/14 27/16
**policy** [19] 9/10 9/14 25/1 25/1 25/3
25/4 25/24 26/2 26/21 26/24 27/2 27/7
27/10 38/12
**pose** [1] 4/19
**posed** [1] 4/23
**position** [3] 7/19 33/6 42/22
**positive** [1] 9/13
**possibly** [1] 4/14
**practice** [1] 26/21
**present** [2] 2/12 48/5
**pretty** [2] 7/24 14/21
**prior** [3] 26/23 45/7 50/5
**probably** [4] 4/14 26/22 29/8 40/6
**problem** [2] 4/10 17/20
**problems** [2] 9/3 45/9
**procedures** [1] 26/3
**proceedings** [3] 21/13 34/20 50/12
**process** [2] 26/24 27/7
**processing** [1] 5/13
**prod** [1] 48/18
**PRODUCTION** [1] 53/11
**professionally** [1] 6/14
**protection** [1] 32/24
**protest** [1] 36/21
**provided** [2] 28/19 50/15
**provisional** [3] 6/22 33/5 42/22
**Public** [9] 1/17 3/12 4/4 5/6 5/8 5/9 5/18
50/4 51/23
**purpose** [2] 34/13 44/8
**put** [8] 10/7 20/5 26/5 28/21 30/11 36/19
36/20 47/11
**putting** [2] 10/5 26/24

## Q

**question** [8] 3/8 4/15 4/19 4/23 34/24
35/20 37/12 41/3
**questioned** [3] 44/15 44/15 44/16
**questions** [9] 14/5 17/19 20/15 21/16
35/13 35/14 46/8 47/3 47/19
**quick** [3] 21/16 34/16 35/18

## R

**rang** [1] 8/7
**rank** [1] 6/6
**Ranken** [19] 24/6 24/7 24/17 24/18
24/20 26/9 30/13 30/17 31/1 32/11

**R**

Ranken... [9] 32/18 37/6 37/13 37/18 37/19 38/1 38/7 38/7 39/18
RAYHILL [1] 2/8
read [10] 19/5 19/10 19/12 19/14 19/15 22/15 22/20 25/17 51/6 52/20
reading [4] 19/23 22/18 22/21 47/11
ready [1] 7/18
really [5] 24/24 26/3 26/15 26/21 48/14
reason [3] 12/10 13/23 16/5
reasons [2] 16/13 47/24
recall [12] 6/21 7/2 7/3 11/17 18/22 22/18 23/8 32/16 33/4 39/19 44/24 47/8
received [1] 44/19
receiving [1] 7/4
recess [1] 34/19
recognize [3] 22/4 22/7 23/9
recommend [1] 21/8
record [2] 4/16 51/8
recorded [3] 8/22 9/5 9/8
recording [1] 8/23
recordings [1] 9/11
reduced [1] 50/10
reference [1] 32/21
referencing [1] 22/12
referring [1] 47/6
regarding [3] 18/15 18/23 22/10
regards [4] 12/21 28/15 28/19 31/4
Remark [1] 36/18
Remarks [1] 36/8
remember [6] 20/19 27/14 31/16 32/18 45/2 47/17
removed [2] 44/12 44/13
RENSSELAER [4] 1/6 5/21 41/14 52/2
repeat [1] 4/21
report [10] 15/8 19/13 19/14 19/15 24/7 24/10 24/22 36/11 36/12 47/11
reported [2] 15/17 24/19
reporter [3] 1/17 50/3 50/15
REPORTER'S [1] 53/10
REQUEST [1] 53/11
requested [1] 50/14
required [1] 50/14
requirement [1] 27/20
requirements [1] 29/16
reserved [1] 3/9
RESOURCES [3] 1/7 18/13 22/8
respect [2] 43/10 49/1
respective [1] 3/4
responding [1] 47/3
rest [1] 40/4
retained [1] 49/14
retire [2] 5/24 7/18
retired [1] 5/23
returned [2] 26/18 42/21
review [1] 50/13
reviewed [2] 37/6 37/13
right [39] 9/17 10/15 12/12 16/11 16/20 17/4 20/14 21/3 22/16 22/24 23/4 25/13 25/20 25/22 26/14 26/18 27/19 27/23 29/3 29/14 30/7 30/10 31/15 33/5 33/7 34/15 34/22 35/8 35/12 36/20 38/16 39/14 40/14 41/10 44/7 45/6 45/11 47/17 49/6
risk [3] 17/23 18/3 44/1
road [1] 29/9
Rodgers [1] 39/23
Rogers [7] 10/21 11/4 11/8 11/11 39/20 40/10 40/15
role [1] 15/5
roughly [1] 28/8
RPI [3] 5/6 5/8 5/18
rule [2] 23/14 27/20
rumor [2] 11/12 30/9

run [2] 14/20 42/16
running [3] 12/9 14/7 42/16
runs [1] 32/5
RUSSO [2] 1/7 41/24
Ruth [1] 42/12
RYAN [12] 1/13 4/2 4/7 4/11 5/5 34/22 35/18 49/11 51/6 51/17 52/3 53/4

**S**

safety [5] 5/6 5/8 5/9 5/18 30/16
said [37] 8/14 8/15 8/16 8/16 8/17 8/19 10/7 10/15 11/6 11/19 11/21 12/2 14/19 16/24 19/7 20/5 20/9 20/12 20/21 20/23 20/24 24/17 35/3 35/3 39/20 41/1 42/19 43/9 44/7 45/12 47/12 47/13 47/14 48/11 50/8 50/11 51/9
sallyport [1] 13/19
same [6] 3/13 38/9 40/4 40/5 43/13 50/11
sat [1] 8/13
say [12] 20/2 27/3 27/13 31/7 37/15 37/17 38/5 39/12 41/10 41/12 42/15 47/8
saying [3] 12/21 32/18 38/3
says [1] 24/16
scenes [1] 30/23
school [3] 6/10 28/13 28/13
SCOTT [7] 1/13 4/2 49/11 51/6 51/17 52/3 53/4
sealing [1] 3/5
section [3] 34/1 36/7 36/18
Security [2] 5/10 5/18
see [12] 13/16 13/21 16/2 18/21 19/12 24/16 26/17 36/8 36/13 40/13 42/23 44/11
seemed [1] 12/2
seen [5] 23/5 23/6 26/17 37/10 42/7
sent [3] 19/6 19/23 20/22
separate [1] 43/19
September [1] 1/14 52/2
sergeant [34] 5/23 6/6 6/22 7/12 24/5 24/6 24/7 24/9 24/17 24/18 24/19 24/19 25/15 26/9 26/10 28/13 30/13 31/1 32/11 33/5 37/6 37/13 37/18 37/18 37/19 38/1 38/3 38/6 38/7 38/7 38/19 39/14 39/18 42/22
sergeant's [2] 7/10 33/6
Sergeants [1] 15/13
service [3] 5/7 33/23 34/1
set [3] 17/13 43/9 44/7
seven [3] 9/12 9/13 9/16
shall [1] 5/1
she [1] 12/10
Sheet [3] 1/12 52/1 53/8
sheriff [6] 1/6 9/14 41/5 41/7 41/14 45/17
sheriff's [8] 5/21 8/21 9/9 23/10 23/15 25/2 26/1 27/24
shift [2] 28/4 28/4
short [1] 34/19
Shorter [1] 40/8
shorthand [1] 1/17 50/3 50/9
should [4] 8/22 30/14 45/12 47/23
should've [4] 33/17 33/18 35/2 47/23
show [4] 16/16 21/24 23/2 29/21
showed [1] 22/17
side [2] 21/2 23/22
sign [2] 39/10 39/13
Signature [1] 52/23
signed [4] 3/12 26/20 36/2 36/4
signing [2] 37/7 37/13
simple [1] 14/21
since [1] 35/9
single [1] 15/1
sister [5] 4/24 12/1 12/7 12/9 12/13

sit [1] 29/12
situations [1] 27/8
Six [1] 5/17
sizable [1] 7/24
slider [1] 13/20
Smith [4] 38/16 38/18 39/6 39/12
so [49] 4/13 4/18 6/23 7/19 8/10 8/11 8/22 10/5 10/11 12/12 12/22 13/18 14/13 16/1 16/2 16/5 17/13 18/6 19/10 22/20 24/9 24/19 24/21 24/22 25/17 26/4 28/8 28/24 29/9 29/12 30/20 31/1 31/11 31/13 31/19 31/21 31/22 32/1 37/6 38/9 39/5 39/10 40/23 40/24 40/24 41/22 43/19 43/19 44/9
some [5] 5/4 9/23 23/18 24/2 24/10 26/20 34/13
somebody [10] 8/8 8/12 8/16 21/5 25/16 26/8 43/21 43/22 44/23 48/16
somebody's [2] 10/5 10/7
something [13] 8/10 8/14 17/2 17/6 20/4 25/17 25/20 26/18 26/22 32/13 36/19 36/20 48/15
Sometime [1] 45/3
Sorsby [5] 1/15 2/3 2/5 44/18 53/5
Sorsby's [1] 47/3
sort [1] 44/17
sounds [2] 4/24 24/24
speak [3] 40/15 40/18 45/17
special [1] 32/7
specific [10] 10/19 12/20 14/5 23/6 37/10
specifically [1] 29/13 38/22
spending [1] 32/14
staff [3] 15/16 15/22 30/8
stand [3] 13/8 13/19 13/20
standing [1] 16/20
stare [3] 13/22 16/16 42/23
staring [1] 30/1
start [3] 6/1 6/3 6/4
started [3] 10/9 43/12 46/8
state [4] 1/17 50/4 51/3 52/20
stated [1] 36/12
statement [2] 36/10 48/24
STATES [2] 1/1 5/6
stating [1] 18/19 19/6
status [1] 5/11 41/17
statute [1] 33/21
stay [1] 21/11
staying [1] 38/8
stenographer [1] 4/16
STENOGRAPHIC [1] 1/12
stick [1] 21/16
still [3] 33/2 40/11 40/21
STIPULATED [3] 3/3 3/7 3/11
stop [2] 14/24 42/20
stopped [1] 42/19
stopping [1] 30/1
story [1] 21/2
straight [1] 8/14
strange [2] 17/4 19/19
Street [1] 2/8
strike [3] 17/4 19/19 26/15
stuff [5] 35/9 40/4 40/6 41/8 45/16
subject [2] 21/17 45/22
subscribed [1] 3/13 51/19
substance [1] 33/13
substantiating [1] 25/7
substantive [1] 20/15
such [2] 23/23 33/16
Suite [1] 2/8
supervise [1] 27/23
supervisor [7] 13/24 14/2 25/21 28/13 29/3 34/8 36/15
supervisor's [1] 29/6
supervisors [1] 29/8
support [1] 19/7

60

**S**

suppose [1]  43/17
supposed [5]  17/10 17/15 17/22 18/1
18/2 26/5 26/6 37/5 43/13
sure [7]  4/18 11/9 21/11 35/10 38/1
38/14 46/12
suspended [4]  10/4 10/8 10/15 10/17
suspicion [1]  35/13
sworn [4]  3/14 4/3 50/6 51/19
system [3]  9/15 31/20 49/2

**T**

take [14]  5/1 7/17 7/21 15/13 20/20 22/1
22/1 25/15 31/21 31/22 34/16 35/18
43/2 45/2
take-home [1]  31/21 31/22
taken [3]  37/5 50/8 51/7
taking [1]  44/2
talk [7]  7/23 12/22 21/4 38/18 41/3 41/4
43/12
talked [3]  20/11 35/19 47/5
talking [10]  8/12 11/18 23/1 38/23 42/10
42/11 42/11 42/12 42/13 44/18
tape [2]  8/21 47/15
taped [4]  19/22 20/8 47/10 47/13
Task [1]  39/24
technically [1]  40/13
tell [20]  6/8 8/17 8/24 9/17 11/19 12/17
14/16 17/1 21/5 25/5 29/12 31/1 31/7
31/8 31/9 32/3 37/23 42/10 43/15 48/14
telling [5]  12/4 12/7 12/13 12/18 20/8
ten [3]  40/7 46/3 47/14
term [1]  24/11
terminate [1]  34/4
terminated [3]  33/17 33/18 35/2
testified [5]  4/4 22/9 26/14 37/9 46/23
testify [2]  48/20 50/6
testifying [1]  43/21
testimony [7]  22/9 38/4 44/5 44/17
46/12 47/6 51/7
than [12]  10/24 11/2 16/11 29/20 30/7
34/12 38/21 39/7 39/11 46/3 46/5 46/22
Thank [3]  4/9 12/12 23/1
Thanks [2]  49/5 49/8
that [225]
that's [13]  9/14 9/15 21/3 24/17 25/20
25/21 26/12 29/18 30/1 34/14 37/23
39/15 49/4
their [6]  5/13 5/13 17/23 21/2 28/16
43/24
them [6]  17/22 17/23 21/2 25/18 43/19
44/2
then [11]  13/9 19/14 20/9 20/11 29/17
32/1 33/6 33/9 38/1 44/23 45/18
there [58]
there's [5]  13/19 27/13 36/7 41/19 45/9
thereafter [1]  50/10
therein [1]  50/9
these [1]  4/13
they [14]  15/21 16/3 26/22 27/3 27/4
28/10 28/21 34/13 36/19 36/19 36/20
38/9 43/23 44/1
they're [3]  26/23 43/22 43/24
thing [2]  34/23 38/9
things [2]  32/3 35/4
think [10]  8/24 9/15 16/7 16/13 21/20
42/7 43/12 44/4 44/7 47/5
this [45]  3/14 7/2 10/5 10/10 14/21 15/4
19/2 19/12 20/3 20/4 20/6 20/16 21/18
23/6 23/9 23/12 23/21 23/22 24/1 24/4
24/15 25/9 26/23 27/6 27/8 27/20 27/20
30/11 35/9 36/12 36/15 37/7 37/10
37/11 37/14 38/22 38/24 39/6 39/15
40/1 47/16 50/18 50/19 51/10 51/19

**Thomas [4]**  18/10 18/22 19/16 22/10
those [2]  35/18 43/7
though [2]  3/13 48/9
thought [5]  8/8 8/10 20/21 33/13 43/15
threat [1]  39/21
threaten [2]  10/23 11/8
threatened [15]  8/18 9/1 10/3 10/20
10/21 10/22 11/3 11/4 11/5 11/10 11/20
30/4 33/20 35/6 39/20
threats [4]  40/16 40/18 43/20 48/6
three [1]  40/8
through [2]  26/9 28/13
ticking [1]  10/6
time [28]  3/9 5/1 6/17 6/22 7/3 7/9 7/16
8/20 10/6 13/5 16/2 16/22 17/14 18/8
18/14 20/4 21/11 22/1 25/4 26/2 28/1
32/14 33/2 40/4 40/5 43/18 45/7 50/9
timeframe [2]  6/15 18/17 42/17
times [4]  14/22 12/24 30/18 47/14
title [12]  27/15 27/17
today [3]  4/7 4/9 47/22
together [3]  17/15 17/15 26/24
told [12]  8/19 11/7 16/11 16/22 19/20
19/21 20/10 32/11 32/17 41/1 47/4
47/20
TOM [6]  1/8 19/21 22/8 28/23 28/24
46/7
Tony [3]  14/10 45/10 45/10
too [4]  11/9 15/24 16/18 17/7
took [2]  10/2 28/12
top [2]  39/22 40/3
train [1]  18/6
trained [1]  21/5
training [19]  7/17 7/19 9/21 14/8 14/12
14/13 14/19 15/4 15/6 15/11 16/12
28/10 28/11 28/19 29/4 33/3 33/10 43/2
43/4
transcript [5]  50/14 51/7 51/8 51/10
52/1
transport [4]  7/11 7/12 7/13 43/14
transports [2]  28/8 29/11
trial [2]  1/13 3/9
tried [4]  11/22 17/13 43/9 48/18
Troy [1]  43/17
true [5]  33/14 50/11 51/8 51/11 52/21
truth [3]  50/7 50/7 50/7
two [6]  6/9 8/1 17/14 41/10 43/12 44/11
type [3]  23/9 23/12 37/11
typed [1]  29/15
typewritten [1]  50/10
typical [1]  11/13
typically [1]  24/1

**U**

U.S [2]  29/11 39/24
under [5]  33/10 34/8 34/10 51/7 52/20
underneath [2]  15/16 33/3
UNDERSHERIFF [2]  1/7 41/24
understand [12]  4/20 4/22 15/3 15/24
18/12 19/12 23/12 25/24 28/18 35/5
37/12 43/5
understanding [4]  35/10 36/17 41/13
46/7
understood [1]  28/24
unfortunately [2]  17/7 30/21
unhappy [1]  42/15
union [3]  35/20 35/23 36/24
unique [1]  29/9
unit [1]  14/21
UNITED [2]  1/1 5/6
unpaid [2]  34/2 34/7
until [1]  30/23
up [34]  9/16 12/10 12/14 16/16 17/6
17/13 17/14 24/8 24/8 24/20 24/23
25/16 25/18 25/18 26/8 26/9

26/11 26/22 27/3 28/21 29/15 29/21
30/21 32/6 33/2 35/14 40/9 41/8 42/4
43/10 44/7 45/17 46/13
upset [1]  12/1
us [6]  6/8 9/17 17/23 21/5 30/1 42/10
use [2]  42/4
used [2]  13/12 49/1
Utica [1]  2/9
utilized [1]  24/13

**V**

vague [1]  26/2
Vaguely [1]  34/5
Valley [1]  6/9
vehicles [2]  16/1 16/2
verbal [4]  23/15 23/19 23/20 23/22
verbalize [2]  4/15 4/18
very [3]  4/9 21/8 39/5
Vibert's [1]  42/13
videotaped [1]  16/21
videotapes [1]  16/18
violation [2]  23/14 25/14
violations [2]  42/11 42/14
violence [8]  18/23 19/14 19/17 28/20
46/9 46/18 47/1 47/19

**W**

wait [1]  21/14
waived [1]  3/5
want [6]  6/1 22/24 23/2 26/16 35/18
36/19 44/13
wanted [6]  20/20 34/23 35/9 36/1 42/4
44/11
warning [9]  23/13 23/19 23/20 24/15
24/18 25/5 25/6 25/13 37/4
warnings [2]  23/15 23/23
warrants [1]  7/14
was [148]
wasn't [3]  27/2 40/5 46/12
watch [6]  26/20 28/3 28/4 31/8 34/9
34/10
way [5]  4/22 25/9 30/11 38/10 42/16
we [16]  13/6 20/11 21/14 26/4 31/7
31/16 31/21 31/22 32/1 32/1 32/16
35/19 43/20 47/5 49/6 49/7
we'd [2]  17/24 32/1
we'll [3]  21/16 21/19 34/17
we're [6]  18/1 23/1 26/5 26/6 38/22 39/9
weapon [6]  26/19 36/3 36/5 36/6 38/20
39/11
weapons [1]  37/7
website [1]  42/7
well [12]  10/16 14/2 15/12 20/3 23/5
23/19 24/4 26/1 26/15 31/7 31/11 49/6
went [9]  6/9 11/13 12/4 28/13 32/10
33/20 35/3 47/18 48/1
were [36]  6/16 6/21 7/9 7/12 7/19 12/23
14/13 15/4 15/11 15/21 15/22 16/3 16/3
17/9 18/19 21/6 22/11 27/3 27/24 28/22
29/21 30/4 31/21 32/14 34/13 35/20
35/23 40/16 41/13 44/18 44/20 45/22
47/3 47/5 47/9 48/21
weren't [6]  17/15 26/3 31/23 43/13 48/1
48/5
what [71]
what's [8]  21/24 22/4 22/21 23/2 23/23
36/17 37/22 41/17
whatever [2]  32/5 43/23
when [27]  4/14 5/23 5/24 6/6 8/11 10/8
12/23 12/24 13/6 13/10 14/4 16/11
16/22 17/14 27/3 27/23 28/1 28/7 38/24
39/9 39/23 40/1 40/12 43/17 44/2 45/2
47/3
where [17]  5/5 5/20 7/9 10/19 11/1 11/2
14/18 15/21 15/21 16/2 28/1 29/20

# W

**where... [5]**  30/15 31/9 34/1 36/3 41/20
**Whereupon [2]**  34/19 49/10
**wherever [1]**  16/3
**whether [2]**  15/1 38/18
**which [7]**  8/2 9/24 18/14 19/9 19/13 22/24 28/1
**while [8]**  8/9 14/7 21/4 21/14 27/2 34/5 43/3 44/19
**who [22]**  11/17 12/5 13/16 14/9 17/9 17/11 17/12 17/15 18/2 18/2 18/3 18/3 18/10 18/12 24/16 27/3 32/16 38/16 42/23 43/13 43/18 43/24
**Who's [1]**  14/9
**whole [2]**  48/15 50/7
**why [14]**  10/12 14/18 16/23 17/18 24/17 31/7 33/19 35/2 39/9 41/4 43/1 43/5 44/10 44/13
**will [3]**  5/3 23/19 36/12
**wise [1]**  15/13
**witch [7]**  30/19 30/20 31/2 32/19 41/8 45/12 45/22
**within [3]**  3/12 43/19 50/4
**without [1]**  26/19
**witness [6]**  1/13 22/3 50/5 50/19 53/3 53/12
**witnessed [1]**  29/22
**wondering [1]**  47/7
**word [2]**  34/3 42/5
**words [3]**  25/15 47/9 48/9
**work [6]**  5/20 5/22 17/7 17/14 21/8 23/14
**worked [3]**  5/21 5/23 45/21
**worker [2]**  21/8 21/10
**workers [1]**  11/3
**working [6]**  6/16 6/20 27/24 28/2 31/11 31/12
**workplace [8]**  18/23 19/14 19/16 28/20 46/9 46/18 47/1 47/19
**works [2]**  40/11 40/21
**would [42]**  6/2 12/24 13/1 13/6 13/6 13/8 13/15 13/16 13/19 13/20 13/22 14/7 14/11 14/13 14/24 15/21 16/15 16/16 17/12 17/18 17/24 21/10 23/21 24/6 24/9 24/13 24/21 25/20 25/21 26/10 29/17 29/20 32/1 32/2 32/2 36/2 36/4 38/11 42/23 43/1 43/5 43/15
**would've [3]**  17/20 38/8 40/6
**wouldn't [2]**  24/7 24/20
**wrap [1]**  34/22
**wrapping [1]**  34/17
**write [9]**  8/19 24/8 24/20 25/16 25/17 26/8 26/9 26/11 36/22
**writeup [2]**  26/23 37/19
**writing [5]**  23/19 24/8 24/23 25/5 25/10
**written [8]**  23/13 24/5 24/10 26/21 27/10 37/22 38/10 39/9
**wrote [2]**  37/19 38/8

# Y

**yeah [36]**  4/12 5/11 6/2 6/20 6/23 8/15 8/15 8/19 9/21 10/8 10/11 11/7 11/12 12/4 13/19 14/19 15/18 16/20 18/18 19/20 22/6 22/17 24/12 26/13 28/21 30/6 30/9 31/3 35/11 38/13 42/6 42/9 44/9 45/5 45/9 46/4
**year [6]**  5/19 28/5 34/2 34/7 40/1 40/23
**years [15]**  5/17 6/9 9/12 9/13 9/16 11/18 20/24 26/13 28/2 28/3 31/22 35/9 40/7 40/8 40/8
**yep [6]**  7/13 7/20 13/14 38/15 43/11 45/13
**yes [21]**  6/12 7/6 9/9 15/14 18/11 18/16 19/1 20/18 22/19 23/11 23/17 33/1

33/11 34/11 35/22 36/9 36/14 36/16 37/3 50/5 50/8
**YORK [8]**  1/1 1/15 1/18 2/4 2/9 50/4 51/3 52/3
**you [315]**
**you'd [2]**  32/4 43/7
**you're [18]**  4/22 11/18 19/22 19/24 20/7 20/7 33/22 37/22 38/1 38/24 41/20 42/10 42/15 45/16 47/10 47/12 47/13 47/15
**you've [4]**  26/17 33/22 46/22 47/11
**your [39]**  4/15 4/18 6/8 6/15 7/15 7/19 7/22 8/13 8/16 13/3 13/18 13/23 13/24 14/2 16/8 16/19 17/5 22/1 22/9 26/12 29/21 31/1 34/7 34/9 35/10 36/17 37/4 38/3 42/3 42/3 42/7 42/19 42/20 43/2 44/4 44/17 46/12 47/6 48/11
**yourself [1]**  47/15