UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JOHN GORMAN,

        Plaintiff,

1:14-CV-0434 (LEK/DJS)

-vs-

RENSSELAER COUNTY, SHERIFF JACK
MAHAR, ANTHONY PATRICELLI, UNDERSHERIFF
PATRICK RUSSO, COUNTY HUMAN RESOURCES
MANAGER TOM HENDRY, COUNTY EXECUTIVE
KATHLEEN JIMINO,

        Defendants.
-----------------------------------------------------X

**NOTICE OF APPEAL**

    PLEASE TAKE NOTICE that Plaintiff appeals to the United States Court of Appeals for the Second Circuit from each and every part of the district court's Judgment dated March 24, 2017 granting Defendants' motion for summary judgment and dismissing the Complaint.

Dated: April 18, 2017                    LAW OFFICE OF PATRICK SORSBY PLLC

                                        By    S/
                                             Patrick Sorsby
                                             Bar Roll No.: 517840
                                             Attorney for Plaintiff
                                             21 Everett Rd. Ext.
                                             Albany, NY 12208
                                          Phone: (518) 545-4529

To:      Kevin Martin
           Martin, Rayhill Law Firm
           421 Broad Street
           Utica, NY 1350
           Counsel for Defendants